# EXHIBIT A

Superior Court of Cherokee County
**E-Filed**
18CVE0399
3/7/2018 7:15 PM  TB
Patty Baker, Clerk
Civil Division

## IN THE SUPERIOR COURT OF CHEROKEE COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| **VAL SKLAROV** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **CMA CGM (AMERICA) LLC** | ) |
| **UNIVERSAL RELOCATIONS INC** | ) |
| Defendants. | ) |
| | ) |

CIVIL ACTION

FILE NO. 18CVE0399

## VERIFIED COMPLAINT

**COMES NOW** Plaintiff VAL SKLAROV and brings this action against Defendants, CMA CGM (AMERICA) LLC ("**CMA**") and UNIVERSAL RELOCATIONS INC ("**UNIVERSAL**"), alleging the following:

## INTRODUCTION

1.      This Complaint is brought by Plaintiff, seeking damages and a preliminary and permanent injunction against the injustice that is being perpetrated upon Plaintiff by Defendants of both unlawfully withholding his personal property and baselessly charging him an exorbitant amount of money to retrieve it.

## THE PARTIES

2.      Plaintiff Val Sklarov is a father of three (3) kids, raging in age from one (1) to four (4). He is self-employed with limited income and is striving his utmost on a daily basis to provide for his family.

3.      Defendant CMA is a shipping company behemoth that ranks number one (1) in France, its home country, and three (3) in the world, with a four hundred and forty five (445) vessels in its arsenal, serving over four hundred and twenty (420) of the world's five hundred and twenty (520) commercial ports in one hundred and fifty (150) different countries, generating a large stream of revenues per annum that exceeded in 2016 alone sixteen ($16) billion dollars.

4.      UNIVERSAL was and is the U.S. agent engaged by the Forwarding Company in the Ukraine to represent the Forwarding Company in its obligations in the U.S. in the shipment of Plaintiff's Cargo to his home located at 142 Gold Springs Court, Canton, GA 30114.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this matter given that it is a court of general jurisdiction and the amount in controversy fulfills the jurisdictional threshold amount. Personal jurisdiction is proper, given the presence of the parties in GA and the extensive business that the Parties conduct in GA. Venue is also proper under O. C. G. A. §14-2-510, given the fact that the acts, events, and omissions giving rise to this cause of action occurred in Cherokee County.

## FACTS

6.      On or about October 2017, Plaintiff while in the Ukraine entered into an understating with a Ukrainian Forwarding Agent ("ATLANT CENTER") to ship goods predominantly purchased in the U.S. from his home in the Ukraine to his home in the U.S.

7.      ATLANT CENTER provided a quote of a "door to door" service, which included full packing of the Container, transportation of the Container from port to Plaintiff's house in GA, United States Customs and Border Protection ("Customs") clearance, unloading of the Container, and complete setup of its contents, which consists of furniture, kitchen appliances, and personal effects that are not only of significant monetary value to Plaintiff, but also bear a particularly sentimental value to Plaintiff, containing four (4) generations of family photos and heirlooms.

8.      On or about November 1, 2017, ATLANT CENTER came to the warehouse where the furniture and the personal belongings of Plaintiff are stored with a team of approximately ten (10) people to pack the contents of the Container. One of ATLANT CENTER's team was charged with writing down the description of the Container's contents.

9.      Plaintiff took no part in the description of the goods and rightly surrendered that responsibility to ATLANT CENTER, whose agent is UNIVERSAL in the U.S.

10.      On or about November 2, ATLANT CENTER shipped the Container to the U.S. implementing the services of its agent UNIVERSAL.

11.     At all times relevant, ATLANT CENTER maintained that UNIVERSAL would receive the Container, facilitate Customs clearance, and coordinate the delivery and setup of the goods.

12.     On November 19th, Plaintiff paid ATLANT CENTER through a wire transfer the full sum owed it of nine thousand and one hundred and seventy five dollars ($9,175.00) to cover the entire shipping service.

13.     On or about December 22, UNIVERSAL informed Plaintiff that the goods are being held up at Customs. (**See Exhibit A**).

14.     On December 26, UNIVERSAL informed Plaintiff that the Container is being moved to the exam center to be stripped and examined. UNIVERSAL sent Plaintiff four (4) packing lists improperly depicting the contents of the Container but more troublingly bearing a false signature of the Plaintiff in most of these packing lists. (**See exhibit B**).

15.     This was Plaintiff's first encounter with the contents of the packing lists and the forgery of his signature.

16.     Throughout January and February of 2018, UNIVERSAL represented that the reason for the delay in Customs clearance is owed to the improper completion of the packing lists.

17.     On the first week of March, Plaintiff was informed by UNIVERSAL that Customs has released the Container. However, the Container was in fact released on February 8th, which allowed for the demurrage charges to accumulate to the sum of eleven thousand and six hundred and sixty dollars ($11,660.00). (**See Exhibit C**).

18.     CMA stated that it will not surrender the Container to Plaintiff unless the eleven thousand and six hundred and sixty dollars ($11,660.00) in demurrage charges are paid by Plaintiff.

19.     Plaintiff does not have any contract with CMA whatsoever. Indeed, Plaintiff has not heard of CMA before in his entire life until Plaintiff learned that his personal property is being detained by CMA and would be released only if Plaintiff renders eleven thousand and six hundred and sixty dollars ($11,660.00) in demurrage fees.

20.     And until a few days from the date of filing this Complaint, Plaintiff has not spoken to anyone from CMA, despite Plaintiff's repeated attempts to resolve the issue amicably only to be met with persistent unresponsiveness.

## ALLEGATIONS

### COUNT I— Unlawful Appropriation of Property and Theft by Taking Against CMA

21.     Plaintiff repeats and realleges each and every foregoing and subsequent allegation contained in this Complaint, as though said paragraphs were set forth in full herein.

22.     O.C.G.A. §16-8-2 of the GA Penal Code states "[A] person commits the offense of theft by taking when [it] unlawfully takes or, being in lawful possession thereof, unlawfully appropriates any property of another with the intention of depriving him of the property, regardless of the manner in which the property is taken or appropriated".

23.     Defendant CMA unlawfully appropriated the personal property of Plaintiff with no right to do so whatsoever.

24.     There was never any dealing or interaction with Defendant CMA, much less any attempt to engage Defendant's services. Plaintiff did not enter into a contract for that matter with anyone because he never signed any contract. And assuming arguendo that there is a contract that obligates Plaintiff to pay the demurrage charges, which is doubtful, then these charges are owed only to the contracting party and CMA cannot irrationally avail itself of that.

25.     Yet, Plaintiff is strangely being told that he owed CMA eleven thousand and six hundred and sixty dollars ($11,660.00) in demurrage charges and that CMA is withholding Plaintiff's personal belongings until such payment is made.

26.     Plaintiff assiduously tried to communicate with CMA to understand the basis of such charges and attempted in vain the release of his personal belongings.

27.    CMA's own internal documents show that the Consignee is the Plaintiff. (**See Exhibit D**). Yet they never tried to communicate with Plaintiff until Plaintiff signaled his intent to file this lawsuit. CMA cannot possibly claim surprise or ignorance.

28.    It is, therefore, in the interest of justice that Plaintiff be restored to his original position by ordering Defendant CMA to surrender Plaintiff's personal property, to compensate Plaintiff for the damages such property may have incurred, and to order the payment for the costs and expenses of buying and renting substitute goods.

## COUNT II—Theft by Extortion Against CMA

29.    Plaintiff repeats and realleges each and every foregoing and subsequent allegation contained in this Complaint, as though said paragraphs were set forth in full herein.

30.    GA Penal Code, O.C.G.A. §16-8-16(a) states that "[A] person commits the offense of theft by extortion when…unlawfully obtains property of or from another person by threatening to: (1)… commit … criminal offense."

31.    It is with firm belief and conviction, founded in law and fact, that CMA is unlawfully detaining Plaintiff's property since there is no contractual obligation between Plaintiff and CMA.

32.    Plaintiff is being asked by CMA to pay eleven thousand and six hundred and sixty dollars ($11,660.00) in addition to the nine thousand and one hundred and seventy five dollars ($9,175.00) he paid ATLANT CENTER—CMA's principal—for a shipment of clothes and personal effects from Europe to the U.S.—totaling twenty thousand, eight hundred, and thirty five dollars ($20,835.00).

33.    By intentionally and unlawfully retaining Plaintiff's property, CMA has committed the offense of theft.

34.    CMA has further committed the offense of extortion by employing two devious means to further its theft: the first is by demanding payment in return for surrendering Plaintiff's goods, which is per se extortionistic and a ransom of cargo. Second is threatening abandonment of Plaintiff's monetarily and sentimentally valuable personal property until such payment is made.

35.     It is, therefore, in the interest of justice that this Honorable Court order CMA to forthwith release Plaintiff's Cargo and to compensate Plaintiff for the damage that his property suffered and for the expenses incurred in buying and renting substitute goods.

## COUNT III—Threats of Abandonment of Cargo, Misrepresentation, and Fraud upon the Court by CMA

36.     Plaintiff repeats and realleges each and every foregoing and subsequent allegation contained in this Complaint, as though said paragraphs were set forth in full herein.

37.     Mr. Sklarov attempted on numerous occasions to contact CMA to attempt a peaceful retrieval of his personal property.

38.     CMA consistently turned a blind eye and a deaf ear to Plaintiff's repeated attempts.

39.     On March 2, Plaintiff was informed by UNIVERSAL that CMA intends to take the necessary steps to dispose of Plaintiff's goods on the grounds that the Cargo is abandoned (**See Exhibit E**).

40.     CMA failed to ascertain and establish whether the goods are in fact abandoned, despite repeated attempts to communicate with CMA on the part of Plaintiff.

41.     As a result of CMA's actions, Plaintiff's interests are being greatly prejudiced.

42.     It is, therefore, in the interest of justice that this Honorable Court order CMA to forthwith release Plaintiff's Cargo and to compensate Plaintiff for the damage that his property suffered and for the expenses incurred in buying and renting substitute goods.

**COUNT IV—Conspiracy and Aiding and Abetting in Stealing from and Defrauding Plaintiff Against CMA and UNIVERSAL**

43.     Plaintiff repeats and realleges each and every foregoing and subsequent allegation contained in this Complaint, as though said paragraphs were set forth in full herein.

44.     Defendants CMA and UNIVERSAL engaged in concert action and conspired to defraud Plaintiff out of thousands of dollars for their own pecuniary gain.

45.     O.C.G.A. §16-4-8, states, "[A] person commits the offense of conspiracy…when he together with one or more persons conspires to commit any crime and any one or more of such persons does any overt act to effect the object of the conspiracy." *See also* 1 Eddy, Comb. §171, 340 as cited and reported by the Supreme Court of GA case reports.

46.     It hardly needs established that theft is a criminal offense everywhere, GA included.

47.     It also hardly needs established that fraud is both a civil and a criminal offense that is severely punishable under GA law. O.C.G.A. §16-9-126 (titled "Penalty for Violations—Forgery and Fraudulent Practices").

48.     Upon information, belief, and experience, Plaintiff herein asserts the claim that Defendants CMA and UNIVERSAL conspired with ATLANT CENTER to steal from, defraud, deprive Plaintiff of his property, and further penalize Plaintiff for their unlawful retention of it in the sum of eleven thousand and six hundred and sixty dollars ($11,660.00).

49.     Plaintiff was never aware of the shipping arrangements and the involvement of CMA and UNIVERSAL; never assented to their services; and paid the full amount due from him for the shipment at the outset of his engagement of ATALNT CENTER.

50.     Plaintiff was taken by surprise both to learn of their secretive engagement by ATLANT CENTER and of the invoices—*directed to UNIVERSAL*—asking Plaintiff to pay the demurrage fees or else face the loss of his property.

(7)

51.     Acting in concert to prey upon their customers and share profits amongst themselves, Defendants made the calculation that they could garner substantial profits in falsifying shipping documents so that Cargo is held up at Customs and demurrage charges can accumulate.

52.     From an economic standpoint, it costs approximately twenty five hundred dollars ($2500.00) to ship a container from Europe to the U.S. and it takes approximately one (1) month if the shipment is door to door. But demurrage charges are two hundred and twenty dollars ($220.00) a day. Hence, over the course of a month, charges can total to six thousand and six hundred dollars ($6,600.00), which is almost triple the amount charged had the Container been put to use.

53.     Hence, it is in the best interest of CMA, UNIVERSAL, and ATLANT CENTER to have the Container delayed. In the case of Plaintiff at least, that delay was through machinations and nefarious design.

54.     Indeed, it stands to reason that there is no reason whatsoever that the contents of the shipping lists be thus so grossly inaccurate. Labeling wine, for instance, as "kitchen stuff" when anyone with a modicum of commonsense knows that it is a type of alcohol is nothing short of misleading and a calculated deceit.

55.     Failing to accurately declare the contents of the shipment and improperly labeling those contents was a deliberate act on the part of ATLANT CENTER, which employed the services of CMA and UNIVERSAL to be its instrumentalities in the furtherance of Defendants' fraudulent scheme.

56.     It is, therefore, in the interest of justice that this Honorable Court order CMA to forthwith release Plaintiff's Cargo and to compensate Plaintiff for the damage that his property suffered and for the expenses incurred in buying and renting substitute goods.

**COUNT V— Willful Failure to Mitigate Damages Against CMA**

57.     Plaintiff repeats and realleges each and every foregoing and subsequent allegation contained in this Complaint, as though said paragraphs were set forth in full herein.

58.     Plaintiff did not enter into any contractual arrangement with CMA.

59.     CMA's own invoices show that they do not regard Plaintiff as their client as the invoices are billed to UNIVERSAL. (**See Exhibit F**).

60.     According to CMA's website, only customers are charged the demurrage fees. (**See Exhibit G**).

61.     Yet, CMA somehow expects Plaintiff to foot the bill as Plaintiff is the true party in interest with Plaintiff's personal belongings being in the unlawful custody of CMA.

62.     CMA whines and complains about the costs it is incurring in unlawfully detaining Plaintiff's belongings, despite (1) the absence of any contractual duty to furnish the payment asked of Plaintiff and (2) Plaintiff's countless attempts to retrieve his belongings and clear up the confusion.

63.     If there is any contract that the Plaintiff has entered into, which is doubtful because none has been signed and none was forthcoming to prove the contrary, it would be with ATLANT CENTER, *not* CMA.

64.     Yet, CMA conveniently refuses to acknowledge this fact or be responsive to Plaintiff's attempts to communicate with it to augment its claim at demurrage charges.

65.     Under venerable, age-old contract principles, the presumably "non-breaching party" has a duty to mitigate its damages. This is especially so under the United Nations Convention on Contracts for the International Sale of Goods (**"CISG"**) or the Uniform Commercial Code ("**UCC**"), whichever is applicable.

66.     Under the CISG, Article 77, "[A] party who relies on a breach of contract must take such measures as are reasonable in the circumstances to mitigate the loss, including loss of profit, resulting from the breach. If he fails to take such measures, the party in breach may claim a reduction in the damages in the amount by which the loss should have been mitigated".

67.     UCC, Article 2, §§709-709 similarly compels the non-breaching party to mitigate its damages.

68.     It is conceptually hard to fathom the notion of breaching a nonexistent contract but supposing that there was any contract of which Plaintiff is thoroughly oblivious, CMA willfully failed to mitigate its losses to accumulate as much demurrage fees as possible.

69.     This willful failure on the part of CMA is best evidenced by waiting over twenty (20) days—namely from February 8 to March 5—to notify Plaintiff that the Cargo has been released from Customs. (**See Exhibit C**).

70.     It is, therefore, in the interest of justice that this Honorable Court order CMA to forthwith release Plaintiff's Cargo and to compensate Plaintiff for the damage that his property may have suffered and for the expenses incurred in buying and renting substitute goods.

**COUNT VI—Violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO")**

(Common Law Fraud, Wire Fraud, Theft by Extortion, and Conspiracy)

71.     GA's RICO statute, codified in O.C.G.A. §16-14-3(8)(a), states in pertinent part that "[E]ngaging in…two acts…or activity in furtherance of one or more incidents, schemes, or transactions that have the same or similar intents, results, accomplices, victims…" makes one liable for violation of RICO.

72.     For liability to attach under RICO, there need only be demonstrated: (1) the existence of two or more "predicate acts"; (2) a pattern or scheme of committing such predicate acts. *See Gentry v. Volkswagen of America*, 238 Ga. App. 785, 791 (1999); and (3) Plaintiff's injury being approximately caused by the commission of such predicate acts.

73.     Common law fraud, the elements of which under GA law are: (1) intent, (2) scienter, (3) materiality, and (4) damages are all present in the case of the Defendants.

74.     Wire fraud, 18 U.S.C. §1343, the elements of which are: (1) a "scheme or artifice to defraud" or the obtaining of property by fraud (2) through the use of wire communication are all present in the case of the Defendants.

75.     GA law's on Theft by Extortion requires: (1) the unlawful obtaining or retaining of the property of another and (2) the threat of committing another criminal offense.

76.     Conspiracy, the elements of which under GA law are: (1) intent to enter into an agreement, (2) between two or more, (3) to commit a lawful act through an unlawful means or unlawful act through lawful means, and (4) overt act are all present in the case of the Defendants.

77.     ATLANT CENTER's forgery of Plaintiff signature, of which the Defendants were put in actual and constructive notice via email on January 2 (**see Exhibit H**); CMA's curious emergence into being when the demurrage charges are sufficiently high to justify Defendants' fraudulent economic calculus; willful failure to inform Plaintiff that his Cargo has been released from Customs for a period in excess of twenty (20) days to fraudulently accumulate as much demurrage charges as possible which would then be shared among the Defendants; the extortion and threat of disposition of monetarily and sentimentally valuable Cargo by fraudulently claiming abandonment by Plaintiff unless payment is rendered; and the use of "wire" by Defendants to communicate interstate and intercontinentally in furtherance of their fraud more than fulfill RICO's requirement of two or more "predicate acts".

78.     Plaintiff's injuries directly flow from Defendants' despicable enterprise.

79.     Thus, it is more than amply demonstrable that CMA and UNIVERSAL have engaged and continue to engage with ATLANT CENTER in a pattern of racketeering activity in the form of deliberate falsification of shipping documents, unlawful detention of property, and extortion and threats of permanent deprivation of said property unless payment not owed is rendered to retrieve it.

80.     The motive that propels Defendants to commit such elaborate scheme is obvious—the allure of illicit profits from hapless victims. As stated above, Defendants earn more in fabricating demurrage charges than in putting the Container to its intended use.

81.     It is, therefore, in the interest of justice and for the benefit of society at large that this Honorable Court order CMA to forthwith release Plaintiff's Cargo; to compensate Plaintiff for the damage that his property may have suffered and for the expenses incurred in buying and renting substitute goods; and to order such other relief and impose such penalties as provided for under GA's RICO statute.

## PRAYER FOR RELIEF:

**WHEREFORE**, Plaintiff prays:

(a)     That judgment be entered against Defendants and in favor of Plaintiff;

(b)     That an order of specific performance and preliminary and permanent injunction be eneterd against Defendants so that Plaintiff be in possession of his property;

(c)     That Plaintiff be awarded compensatory damages for losses and expenses suffered in the amount of hundred thousand dollars ($100,000.00), plus such incidental and foreseeable expenses flowing from Plaintiff's losses;

(d)     That Plaintiff be awarded pre and post-judgment interest;

(e)     That Defendant CMA be held in contempt of court for attempting to commit fraud upon this Court by falsely claiming that Plaintiff abandoned his proprty;

(f)     That Plaintiff be awarded the costs and expenses of prosecuting this action; and

(g)     For all such other relief that this Court deems just and proper.


DATED: March __, 2018

Respectfully submitted,


Val Sklarov
Appearing pro se
Val Sklarov—Plaintiff

## OATH

I, VAL  SKLAROV , personally appearing before the undersigned officer duly authorized to
administer oaths and being duly sworn, hereby depose and state that the facts asserted by me herein are
true, complete, and accurate.

_____

Signature

VAL  SKLAROV

Printed Name

3 — 7 — 18

Date

Before me this 7th day of March, 2018

_____

NOTARY PUBLIC

Jamie L Olson
Notary Public, Paulding County, Georgia
My Comm. Expires 04/11/2021

(13)

www.universalrelocations.com
Federal Maritime Commission (FMC) # 025083NF

Corporate Office:   343, New Road, Unit #4, Parsippany, NJ 07054
Offices in USA:     New Jersey | Georgia | Texas | California
Offices in India:     Chennai | Bangalore | Hyderabad | Delhi | Mumbai

**Dir:** (201) 331-6870
**T:** (888) 323-7356
**E:**  geetha.singh@universalrelocations.com

# EXHIBIT A



Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party, shall be conducted solely in accordance with our Standing Trading Conditions. These conditions have clauses which may limit or exclude our liability. A copy is available on request. The information transmitted and available in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information/material. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Any review, retransmission, dissemination or other unauthorized use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient are strictly prohibited and unlawful. If you have received this in error, contact UNIVERSAL RELOCATIONS INC on the above address for appropriate action. Also refer to our privacy statement at universalrelocations.com/privacy. Additionally, UNIVERSAL RELOCATIONS INC have accreditations covering quality of service and are committed to a strict anti-bribery and anti- corruption policy. For more information please visit our website www.universalrelocations.com

**From:** geetharajaram <geetha.singh@universalrelocations.com>
**Date:** Friday, December 22, 2017 at 2:52 PM
**To:** Val Sklarov <investments18@msn.com>, "a.balatskaya@inter-move.com" <a.balatskaya@inter-move.com>, "s.gulyaka@inter-move.com" <s.gulyaka@inter-move.com>
**Cc:** Universal Relocations -Sai Dattani <saidattani@universalrelocations.com>
**Subject:** Re: shipment status / exam pending

**Subject:** Re: shipment status / exam pending.

Dear Val Sklarov,

Good Afternoon,

Please note the Container is being examined at Savannah port for USDA ( agriculture) and is now being stripped .
Also that shipping line provides few days of free time after it arrives and today is the Last free day.
Starting today , the container will incur 220$/ day demurrage until it is customs released and Exam charges at actuals.

Final charges Invoice  will be sent by Shipping Line  and thereafter they will be moving the container to Atlanta once it is fully released and paid in full.
We are closely following up to expedite the process, however, Customs and Border protection is something which is out of our control and we have to wait for the CBP officer to update the Release on the container.

We shall keep updating you further.

Thanks.



## Universal Relocations
*the 'ONE-STOP' relocation service*

**Geetha Singh**
General Manager –Imports
Universal Relocations INC
www.universalrelocations.com
Federal Maritime Commission (FMC) # 025083NF

Corporate Office:  343, New Road, Unit #4, Parsippany, NJ 07054
Offices in USA:    New Jersey | Georgia | Texas | California
Offices in India:    Chennai | Bangalore | Hyderabad | Delhi | Mumbai

**Dir:** (201) 331-6870
**T:**  (888) 323-7356
**E:**  geetha.singh@universalrelocations.com









           

Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party

**Atlant Center** moving company

**Packing list of Used Personal Effects**

| | |
|---|---|
| Client: | Val Sulawi |
| Company: | |
| Moving from: | Kyiv Ukraine |
| Moving to: | Canton GA USA |
| Reference number: | Ex-2112/17 |
| Mode of transport: | |

**PAGE**

| Item no. | Destination check | DESCRIPTION OF GOODS | | | | Weight |
|---|---|---|---|---|---|---|
| 1 | Kitchen stuff | 21 Kitchen stuff | 41 Kitchen stuff | 61 Kitchen stuff | | |
| 2 | Kitchen stuff | 22 Kitchen stuff | 42 Kitchen stuff | 62 Kitchen stuff | | |
| 3 | Bathroom stuff | 23 Kitchen stuff | 43 Kitchen ware | 63 Kitchen stuff | | |
| 4 | Kitchen stuff | 24 Kids toys | 44 Kids toys | 64 Shoes | | |
| 5 | Kitchen stuff | 25 Kitchen stuff | 45 Kitchen stuff | 65 Pillows | | |
| 6 | Kitchen stuff | 26 Kitchen stuff | 46 Kitchen stuff | 66 Linen | | |
| 7 | Bathroom stuff | 27 Kids toys | 47 Kids toys | 67 Kitchen stuff | | |
| 8 | Bathroom stuff | 28 Kitchen stuff | 48 Kitchen stuff | 68 Kitchen stuff | | |
| 9 | Stationery | 29 Kitchen ware | 49 Kitchen stuff | 69 Clothes | | |
| 10 | Bathroom stuff | 30 Kitchen stuff | 50 Kids toys | 70 Linen | | |
| 11 | Bathroom stuff | 31 Kitchen stuff | 51 Kitchen stuff | 71 washbasfor Blinds | | |
| 12 | Kitchen stuff | 32 Kitchen stuff | 52 Kitchen stuff | 72 Kitchen stuff | | |
| 13 | Kitchen stuff | 33 Kitchen stuff | 53 Kitchen stuff | 73 Mattress | | |
| 14 | Kitchen stuff | 34 Kitchen stuff | 54 Bathroom stuff | 74 Mattress | | |
| 15 | Bathroom stuff | 35 Kids toys | 55 Bathroom stuff | 75 Mattress | | |
| 16 | Kitchen stuff | 36 Kitchen stuff | 56 Bathroom stuff | 76 Mattress | | |
| 17 | Kitchen stuff | 37 Kitchen stuff | 57 Kitchen stuff | 77 Chairs | | |
| 18 | Kitchen stuff | 38 Kids toys | 58 Kitchen stuff | 78 Chairs | | |
| 19 | Kitchen stuff | 39 Kitchen stuff | 59 Kitchen stuff | 79 Kitchen stuff | | |
| 20 | Kitchen stuff | 40 Kitchen ware | 60 Bathroom stuff | 80 Kids toys | | |

**REMARKS:**

| Carrier (signature): Sergiy Galydro | Date: 20.10.17 | Carrier (signature): | Date: |
|---|---|---|---|
| Client (signature): | Date: 20.10.17 | Client (signature): | Date: |

ORIGIN                                    DESTINATION

# Atlant Center
moving company

**Packing list of Used Personal Effects**

| | |
|---|---|
| Client: | V.L. Silin... |
| Company: | |
| Moving from: | Kyiv Ukraine |
| Moving to: | Canton.GA  USA |
| Reference number: | Ex  0110/17 |
| Mode of transport: | |

**PAGE 2**

| Ite m no. | Destin ation check | DESCRIPTION OF GOODS | | | | | | Weight |
|---|---|---|---|---|---|---|---|---|
| 1 | Chairs | 21 | Stationery | 41 | Cupboard | 61 | Kitchen stuff | |
| 2 | Chairs | 22 | Washing machine | 42 | table | 62 | Clothes | beddings |
| 3 | table | 23 | Washing machine | 43 | Cupboard | 63 | Kitchen stuff | |
| 4 | Procedure | 24 | Mirror | 44 | legs of table | 64 | Kitchen stuff | |
| 5 | Chairs | 25 | Washing machine | 45 | Cups | 64 | Carpet | |
| 6 | Kids toys | 26 | Washing machine | 46 | Stationery | 46 | Printer | HP |
| 7 | Linen | 27 | Mattress | 47 | Clothes | 47 | Vase | bedding |
| 8 | Linen | 28 | Cosmetics | 48 | Clothes | 48 | Pum class | |
| 9 | Baby bath | 29 | Stationery | 29 | Clothes | 49 | Paper cups | |
| 10 | Iron board | 30 | Clothes | 30 | Bathroom stuff | 50 | Stationery | |
| 11 | Mirror | 31 | Items | 31 | Camping chair | 51 | Bedside table | |
| 12 | kids toys | 32 | Kids toys | 32 | Saving box | 52 | Cupboard | |
| 13 | kids toys | 33 | kids toys | 33 | Photos | 53 | Christmas tree | |
| 14 | Sheets | 34 | Kids toys | 34 | Christmas toys | 54 | Stationery | |
| 15 | Shoes | 35 | Boys | 35 | Trolley | 55 | Table | |
| 16 | Baby bed | 36 | Pushchair | 36 | Clothes | 56 | Cupboard | |
| 17 | Kids toys | 37 | Clothes | 37 | Books | 57 | Cupboard | |
| 18 | kids toys | 38 | Clothes towels | 38 | kitchen stuff | 58 | Bed | |
| 19 | kids Sofa | 39 | Shoes | 39 | Linen, Pillows | 59 | Cupboard | |
| 20 | Stationery | 40 | Stationery | 40 | Linen, pillows | 60 | Table | |

**REMARKS:**

| Carrier (signature): Sergiy Gudgenko ... | Date: 23.10.17 | Carrier (signature): | Date: |
|---|---|---|---|
| Client (signature): ... | Date: 26.10.17 | Client (signature): | Date: |

| ORIGIN | DESTINATION |
|---|---|

## Packing list of Used Personal Effects

![Atlant Center moving company logo]

| | |
|---|---|
| Client: | Val Sklarov |
| Company: | |
| Moving from: | Kyiv Ukraine |
| Moving to: | Canton GA USA |
| Reference number: | S 242/17 |
| Mode of transport: | **PAGE 3** |

| Item no. | Destination check | DESCRIPTION OF GOODS | | | Weight |
|---|---|---|---|---|---|
| 1 | Bedside table | 101. American | 61. TV Samsung | 221. Table | |
| 2 | Bedside table | 102. Commode | 62. TV Samsung | 222. Bin | |
| 3 | Chairs | 103. Commode | 63. Mattress | 223. Part of bed | |
| 4 | Part of bed | 104. Commode | 64. Mattress | 224. Part of bed | |
| 5 | Part of bed | 105. Part of table | 65. Mattress | 225. Part of bed | |
| 6 | Part of bed | 106. Commode | 66. Mattress | 226. Commode | |
| 7 | Part of bed | 107. Part of bed | 67. Mirror | 227. Chair | |
| 8 | Bedside table | 108. Kitchen stuff | 68. Part of bed | 228. Chair | |
| 9 | Bedside table | 109. Bedside table | 69. Part of bed | 229. Chair | |
| 10 | Bath table | 110. Bedside table | 70. Part of bed | 230. Chair | |
| 11 | Shelves | 111. Bedside table | 71. Commode | 231. Part of bed | |
| 12 | Part of bed | 112. Pillows, beddings | 72. Piano | 232. Part of bed | |
| 13 | Cupboard | 113. Part of bed | 73. Toys | 233. Commode | |
| 14 | Part of bed | 114. Part of bed | 74. Air cleaner | 234. Chair | |
| 15 | Part of bed | 115. Mattress | 75. Part of bed | 235. Chair | |
| 16 | Part of bed | 116. TV flat Samsung | 76. Doll's house | 236. Chair | |
| 17 | Part of bed | 117. Mattress | 77. Kids toys | 237. Part of bed | |
| 18 | Clothes | 118. TV Samsung | 78. Kids toys | 238. Chair | |
| 19 | Toys clothes shoes | 119. TV Samsung | 79. Table | 239. Armchair | |
| 20 | Clothes | 120. TV Samsung | 80. Dishwasher | 240. Coffee maker | |

**REMARKS:**

| Carrier (signature): | Date: | Carrier (signature): | Date: |
|---|---|---|---|
| Sergiy Vialyshka | 26.10.17 | | |
| Client (signature): | Date: | Client (signature): | Date: |
| | 26.10.17 | | |

**ORIGIN** | **DESTINATION**

**Packing list of Used Personal Effects**

| | |
|---|---|
| Client: | Vai Shlarov |
| Company: | |
| Moving from: | Kyiv Ukraine |
| Moving to: | Canton GA USA |
| Reference number: | E 0112/18 |
| Mode of transport: | |

**ATLANT Center** moving company

**PAGE 4**

| Item no. | Destination check | DESCRIPTION OF GOODS | | Weight |
|---|---|---|---|---|
| 241 | Shoes | 261 Pillow | 281 | |
| 242 | Shoes | 262 Pillow | 282 | |
| 243 | Kids bed | 263 Pillow | 283 | |
| 244 | Shoes | 264 Pillow | 284 | |
| 245 | Clother | 265 Pillow | 285 | |
| 246 | Chair | 266 Pillow | 286 | |
| 247 | Paper cups | 267 Pillow | 287 | |
| 248 | Paper cups | 268 Pillow | 288 | |
| 249 | Bin | 269 Pillow | 289 | |
| 250 | Sofa | 270 Pillow | 290 | |
| 251 | Carpet | 271 Pillow | 291 | |
| 252 | Part of bed | 272 Pillow | 292 | |
| 253 | Part of bed | 273 Pillow | 293 | |
| 254 | Part of bed | 274 Pillow | 294 | |
| 255 | Part of bed | 275 | 295 | |
| 256 | Pillows | 276 | 296 | |
| 257 | Pillows | 277 | 297 | |
| 258 | Pillow | 278 | 298 | |
| 259 | Pillow | 279 | 299 | |
| 260 | Pillow | 280 | 300 | |

**REMARKS:**

| Carrier (signature): Sergiy Gelychev | Date: 26.1.18 | Carrier (signature): | Date: |
|---|---|---|---|
| Client (signature): | Date: 26.1.18 | Client (signature): | Date: |
| **ORIGIN** | | **DESTINATION** | |

**From:** USA - CLAIMS usa.claims@usa.cma-cgm.com
**Subject:** RE: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS
**Date:** March 6, 2018 at 12:04 PM
**To:** America 2030, LLC Val@America2030.net, geetha.singh@universalrelocations.com
**Cc:** Val Sklarov investments18@msn.com, saidattani@universalrelocations.com, BA@america2030.com, IBVC ECGC usa.ibvcecgc@usa.cma-cgm.com

**B/L: OEA0137473**
**Container: CAIU9283602**
**Ocean Vessel / Voyage: NICOLA / 029BSS**

Mr. Sklarov,

Please note CMA CGM is not involved in the clearance or release of the container from USDA hold. The party on the CMA CGM B/L responsible for tracking the progression of the hold is Universal Relocations.  CMA CGM provided the point of contact with CBP to Universal Relocations on December 29th, 2017. The outstanding demurrage charges required for the release of the container will be on the account of Universal Relocations. We would like to work with Universal Relocations and you for the release of the shipment from the terminal.

Universal Relocations,

Can you provide your comments and if you would be willing to complete the demurrage for the release of the cargo?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** America 2030, LLC [mailto:Val@America2030.net]
**Sent:** Tuesday, March 06, 2018 10:31 AM
**To:** USA - CLAIMS
**Cc:** Val Sklarov; geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com; IBVC ECGC
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Mr Wainwright,

I appreciate your response to me as it is the first attempt ever by your firm to reach out to me, despite the fact that your firm has and had my address, which begs the question, why did you not reach out to me when US Customs cleared and released the container and put me on notice or make a demand at that time ?

So we have a peculiar situation because I have been renting furniture all this time and have been buying clothes and household goods which are duplicative since we have been deprived of our basic necessities, which are in that container. So we have been damaged to the tune of thousands

basic necessities, which are in that container. So we have been damaged to the tune of thousands of dollars. All, while we have not engaged your firm or have any contractural obligation to your firm.

So the serious question is who actually owes who and how much, because as far as I am concerned, every day that your firm continues to withhold my property from my family for ransom, your firm in fact is incurring damages as we continue to purchase goods contained in the container and by paying for rental furniture.

So the question is, how much are you willing to pay me for my damages incurred by me to date ?

As I stated, please involve your legal department before this escalates and the complaint is filed tomorrow and I approach a local Federal Prosecutor as well and let them investigate your firms RICO practice.


Thank you


Regards,

Val Sklarov
President and CEO
America2030.net
Email: Val@america2030.net
Skype: Investments18
LinkedIn: http://linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.





America2030 is a representative member of M&A Worldwide, a leading global alliance of mid-market merger & acquisition specialists. M&A Worldwide presently has 42 member firms operating in over 40 different countries. All members are closely linked in a global alliance to advise clients on mergers, acquisitions, divestitures, joint ventures, capital raising, and other strategic partnerships. The group transacted in over 640 deals in 2016 close to four billion dollars.

On Mar 6, 2018, at 9:31 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**

Good day Mr. Sklarov,

Please note when a shipment is placed on USDA hold the Carrier is not involved in the release from this hold. Based on the complaint received it appears Universal Relocations did not inform you the container would incur demurrage while on hold by the USDA. The container arrived on December 17th, 2017 and after the allotted free time on terminal was completed the demurrage began to accrue. The demurrage as of March 6th, 2018 is $16,280.00 with a daily accrual of $220.00. In order for the shipment to be released the demurrage must cleared. It is not our intention to go to court, incurring additional cost to you, or to salvage the goods in the container, but we have not received a mitigated proposal on demurrage for the release of the cargo.  Would you be willing to provide an offer to have the demurrage cleared and cargo released?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** Val Sklarov [mailto:investments18@msn.com]
**Sent:** Tuesday, March 06, 2018 7:14 AM
**To:** USA - CLAIMS; BUCHANAN Michael - NOR
**Cc:** geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Attention Mike Buchanan and Dustin Wainwright,

Notice is hereby given to you as to your obligation in mitigating your firms damages (if any). I strongly suggest your firm releases my belongings and cease and desist engaging in extortionary behavior. I do not have a contract with your firm. If you believe that a contract exists between myself and your firm, please email it to me immediately.

I strongly advice you to release my personal belongings and we will duke it out in court who owes who and how much.

Your continued extortionary conduct is willful and malicious and I demand that your turn for any monies owed to your firm to parties that contracted with you in the first place.

Again, I suggest you get your legal involved to contact me today, prior to me filing of the civil and criminal complaints, for I believe your firm is engaged in RICO and

Extortion and other criminal activity named in the complaint and all remedies at law will be vigorously perused and every court proceeding will be published via a global Press Release which will hit most major global news outlets.

Your firm is on notice.

Thank you

Regards,

Val Sklarov

On Mar 5, 2018, at 10:08 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**
>
> Good day,
>
> This shipment has been handed to my desk for salvage as the container remains idle on terminal Savannah, GA. I have been informed this was USDA released on February 8th, 2018 and the container remains idle. Your notice attached states attempts have been made to resolve this matter. Can you clarify who you were in contact with to resolve this matter?
>
> Best Regards,
>
> **Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**
>
>  **Dustin WAINWRIGHT**
> **Cargo Claims Specialist**
> Legal Department
>
> Direct line: 1 (757) 961-2460
> VOIP: 8108 2460
> CMA CGM (America) LLC, Norfolk, VA
> CCA as agents for ANL
> **www.cma-cgm.com**
>
> <image002.png>

<Doc - Mar 2 2018 - 1-54 PM.PDF>

<complaint.docx>

**From:** USA - CLAIMS usa.claims@usa.cma-cgm.com
**Subject:** RE: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS
**Date:** March 6, 2018 at 12:04 PM
**To:** America 2030, LLC Val@America2030.net, geetha.singh@universalrelocations.com
**Cc:** Val Sklarov investments18@msn.com, saidattani@universalrelocations.com, BA@america2030.com, IBVC ECGC usa.ibvcecgc@usa.cma-cgm.com

**B/L: OEA0137473**
**Container: CAIU9283602**
**Ocean Vessel / Voyage: NICOLA / 029BSS**

Mr. Sklarov,

Please note CMA CGM is not involved in the clearance or release of the container from USDA hold. The party on the CMA CGM B/L responsible for tracking the progression of the hold is Universal Relocations.  CMA CGM provided the point of contact with CBP to Universal Relocations on December 29th, 2017. The outstanding demurrage charges required for the release of the container will be on the account of Universal Relocations. We would like to work with Universal Relocations and you for the release of the shipment from the terminal.

Universal Relocations,

Can you provide your comments and if you would be willing to complete the demurrage for the release of the cargo?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** America 2030, LLC [mailto:Val@America2030.net]
**Sent:** Tuesday, March 06, 2018 10:31 AM
**To:** USA - CLAIMS
**Cc:** Val Sklarov; geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com; IBVC ECGC
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Mr Wainwright,

I appreciate your response to me as it is the first attempt ever by your firm to reach out to me, despite the fact that your firm has and had my address, which begs the question, why did you not reach out to me when US Customs cleared and released the container and put me on notice or make a demand at that time ?

So we have a peculiar situation because I have been renting furniture all this time and have been buying clothes and household goods which are duplicative since we have been deprived of our basic necessities, which are in that container. So we have been damaged to the tune of thousands

basic necessities, which are in that container. So we have been damaged to the tune of thousands of dollars. All, while we have not engaged your firm or have any contractural obligation to your firm.

So the serious question is who actually owes who and how much, because as far as I am concerned, every day that your firm continues to withhold my property from my family for ransom, your firm in fact is incurring damages as we continue to purchase goods contained in the container and by paying for rental furniture.

So the question is, how much are you willing to pay me for my damages incurred by me to date ?

As I stated, please involve your legal department before this escalates and the complaint is filed tomorrow and I approach a local Federal Prosecutor as well and let them investigate your firms RICO practice.


Thank you


Regards,

Val Sklarov
President and CEO
America2030.net
Email: Val@america2030.net
Skype: Investments18
LinkedIn: http://linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.





America2030 is a representative member of M&A Worldwide, a leading global alliance of mid-market merger & acquisition specialists. M&A Worldwide presently has 42 member firms operating in over 40 different countries. All members are closely linked in a global alliance to advise clients on mergers, acquisitions, divestitures, joint ventures, capital raising, and other strategic partnerships. The group transacted in over 640 deals in 2016 close to four billion dollars.

On Mar 6, 2018, at 9:31 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**

Good day Mr. Sklarov,

Please note when a shipment is placed on USDA hold the Carrier is not involved in the release from this hold. Based on the complaint received it appears Universal Relocations did not inform you the container would incur demurrage while on hold by the USDA. The container arrived on December 17th, 2017 and after the allotted free time on terminal was completed the demurrage began to accrue. The demurrage as of March 6th, 2018 is $16,280.00 with a daily accrual of $220.00. In order for the shipment to be released the demurrage must cleared. It is not our intention to go to court, incurring additional cost to you, or to salvage the goods in the container, but we have not received a mitigated proposal on demurrage for the release of the cargo.  Would you be willing to provide an offer to have the demurrage cleared and cargo released?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

**From:** Val Sklarov [mailto:investments18@msn.com]
**Sent:** Tuesday, March 06, 2018 7:14 AM
**To:** USA - CLAIMS; BUCHANAN Michael - NOR
**Cc:** geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Attention Mike Buchanan and Dustin Wainwright,

Notice is hereby given to you as to your obligation in mitigating your firms damages (if any). I strongly suggest your firm releases my belongings and cease and desist engaging in extortionary behavior. I do not have a contract with your firm. If you believe that a contract exists between myself and your firm, please email it to me immediately.

I strongly advice you to release my personal belongings and we will duke it out in court who owes who and how much.

Your continued extortionary conduct is willful and malicious and I demand that your turn for any monies owed to your firm to parties that contracted with you in the first place.

Again, I suggest you get your legal involved to contact me today, prior to me filing of the civil and criminal complaints, for I believe your firm is engaged in RICO and

Extortion and other criminal activity named in the complaint and all remedies at law will be vigorously perused and every court proceeding will be published via a global Press Release which will hit most major global news outlets.

Your firm is on notice.

Thank you

Regards,

Val Sklarov

On Mar 5, 2018, at 10:08 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**
>
> Good day,
>
> This shipment has been handed to my desk for salvage as the container remains idle on terminal Savannah, GA. I have been informed this was USDA released on February 8th, 2018 and the container remains idle. Your notice attached states attempts have been made to resolve this matter. Can you clarify who you were in contact with to resolve this matter?
>
> Best Regards,
>
> **Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**
>
>     **Dustin WAINWRIGHT**
> **Cargo Claims Specialist**
> Legal Department
>
> Direct line: 1 (757) 961-2460
> VOIP: 8108 2460
> CMA CGM (America) LLC, Norfolk, VA
> CCA as agents for ANL
> **www.cma-cgm.com**

> <image002.png>

<Doc - Mar 2 2018 - 1-54 PM.PDF>

<complaint.docx>

EXHIBIT D

| SHIPPER | | | | VOYAGE NUMBER |
| --- | --- | --- | --- | --- |
| VAL SKLAROV<br>PASSPORT #506371227<br>SYKHIVSKA STR., 8, AP.49,<br><br>LVIV<br>UKRAINE | | | **WAYBILL**<br>**NON NEGOTIABLE** | 029BSS |
| | | | | WAYBILL NUMBER |
| | | | | OEA0137473 |

**WAYBILL**
**NON NEGOTIABLE**

| CONSIGNEE | EXPORT REFERENCES |
| --- | --- |
| VAL SKLAROV<br>O/B UNIVERSAL RELOCATIONS INC<br>343 NEW ROAD, UNIT # 4<br>PARSIPPANY NJ-07054<br>PH -973-227-5964<br>UNITED STATES | |

**CMA CGM**

| NOTIFY PARTY, Carrier not to be responsible for failure to notify | |
| --- | --- |
| UNIVERSAL RELOCATIONS INC<br>343 NEW ROAD, UNIT # 4<br>PH -973-227-5964<br>CONTACT: GEETHA SINGH<br>PARSIPPANY NJ-07054<br>UNITED STATES | **CARRIER:** CMA CGM Société Anonyme au Capital de 234 988 330 Euros<br>Head Office: 4, quai d'Arenc - 13002 Marseille - France<br>Tel: (33) 4 88 91 90 00 - Fax: (33) 4 88 91 90 95<br>562 024 422 R.C.S. Marseille |

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL WAYBILLS |
| --- | --- | --- | --- |
| | | ODESSA | ZERO (0) |

| VESSEL | PORT OF LOADING | PORT OF DISCHARGE | FINAL PLACE OF DELIVERY* |
| --- | --- | --- | --- |
| NICOLA | ODESSA | SAVANNAH, GA | ATLANTA, GA |

| MARKS AND NOS<br>CONTAINER AND SEALS | NO AND KIND<br>OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER<br>SHIPPER'S LOAD STOW AND COUNT SAID TO CONTAIN | GROSS WEIGHT<br>CARGO | TARE | MEASUREMENT |
| --- | --- | --- | --- | --- | --- |
| | | | KGS | KGS | CBM |
| CAIU9283602<br>SEAL F9536907 | 1 x 40HC | 274 CARTONS<br><br>USED HOUSEHOLD GOODS<br><br>FREIGHT PREPAID<br>Shipped on Board NICOLA 14-NOV-2017 CMA CGM SHIPPING AGENCIES<br>UKRAINE LTD As agents for the Carrier | 7000.000 | 3900 | 70.000 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Weight in Kgs Total: 1 CONTAINER(S) | | Sheet 1 of 1 | 7000.000 | 3900 | 70.000 |

ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE.

## ADDITIONAL CLAUSES

4. Cargo at port is at merchant risk, expenses and responsibility

5. FCL

77. THC at destination payable by consignees as per line/port tariff

194. For the purpose of the present carriage, clause 14(2) shall exclude the application of the York/Antwerp rules, 2004.

216. Mis-declaration of cargo weight endangers crew, port workers and vessels' safety. Your cargo may be weighed at any place and time of carriage and any mis-declaration will expose you to claims for all losses, expenses or damages whatsoever resulting thereof and be subject to freight surcharge.

225. The shipper acknowledges that the Carrier may carry the goods identified in this bill of lading on the deck of any vessel and in taking remittance of this bill of lading the Merchant (including the shipper, the consignee and the holder of the bill of lading, as the case may be) confirms its express acceptance of all the terms and conditions of this bill of lading and expressly confirms his unconditional and irrevocable consent to the possible carriage of the goods on the deck of any vessel.

274. The Merchant is responsible for returning any empty container, with interior clean, free of any dangerous goods placards, labels or markings, at the designated place, and within 60 days following to the date of release, failing which the container shall be construed as lost. The Merchant shall be liable to indemnify the Carrier for any loss or expense whatsoever arising out of the foregoing, including but not limited to liquidated damages equivalent to the sound market value — or the depreciated value due by the Carrier to a container lessor. The Carrier is entitled to collect a deposit from the Merchant at the time of release of the container which shall be remitted as security for payment of any sums due to the Carrier, in particular for payment of all detention and demurrage and/or container indemnity as referred above.

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of containers or other packages or units indicated above by the Merchant for carriage, subject to all the terms hereof (including the terms on page one) and tariff for the relevant trade, from the place of receipt or the port of loading, whichever applicable, to the port of discharge or place of delivery, whichever applicable. This Waybill is deemed to be a contract of carriage as defined in Article I (b) of the Hague Rules and Hague Visby Rules although this is not a document of title to the Goods.
DELIVERY will only be made on Payment of all Freight and Charges and to the named Consignee or any third party reasonably identified by the Consignee by written instruction to the Carrier or his Agent, unless the Shipper instructs otherwise prior to delivery. The rights and liabilities arising according to the terms hereof shall (without prejudice to any rule of common law and status) become binding between the Carrier and Consignee as if this agreement has been made between them and the Shipper guarantees on reception of this Waybill that he has accepted it on his own behalf, on behalf of the Consignee and the Owner of the Goods, and warrants that he has authority to do so.
**All claims and actions arising between the Carrier and the Merchant in relation with the contract of Carriage evidenced by this Waybill shall exclusively be brought before the Tribunal de Commerce de Marseille and no other Court shall have jurisdiction with regards to any such claim or action. Notwithstanding the above, the Carrier is also entitled to bring the claim or action before the Court of the place where the defendant has his registered office.**
This Waybill is issued subject to the C.M.I Uniform Rules for Sea Waybills.
(OTHER TERMS AND CONDITIONS OF THE CONTRACT ON PAGE ONE)

| PLACE AND DATE OF ISSUE | ODESSA | 14 NOV 2017 | SIGNED FOR THE CARRIER CMA CGM S.A.<br>BY CMA CGM SHIPPING AGENCIES UKRAINE LTD<br>as agents for the carrier CMA CGM S. A. |
| --- | --- | --- | --- |
| SIGNED FOR THE SHIPPER<br>*APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED<br>TRANSPORT BILL OF LADING | | | |

# EXHIBIT E

From: **Val Sklarov** investments18@msn.com  📎
Subject: Re: (SAV - MR) OEA0137473/OEA0137473-NOA-CMACGM-CMA CGM BLUE WHALE -176MRE-UAODS-USSAV-Notice of Arrival
Date: March 2, 2018 at 11:18 AM
To: BUCHANAN Michael - NOR  usa.mbuchanan@usa.cma-cgm.com
Cc: IBVC ECGC usa.ibvcecgc@usa.cma-cgm.com, Sui Lin Sui.lin@atlantacustomsbrokers.com, Logistics-East-PortDoor usa.logistics-east-portdoor@usa.cma-cgm.com, JOHNSON Mia - NOR usa.mjohnson@usa.cma-cgm.com, BUCHANAN Michael - NOR usa.mbuchanan@usa.cma-cgm.com, America 2030, LLC Val@America2030.net, Universal Relocations -Sai Dattani saidattani@universalrelocations.com, Louis Alaimo louis.alaimo@universalrelocations.com, BA@america2030.com, steve@america2030.com

Hello Michael,

Please call me to discuss this and amicably resolve this before we all end up going to court as we intend to go to court and seek an emergency injunction.

I am at 623-213-2500.

Thank you

Regards,

Val Sklarov

On Mar 2, 2018, at 11:14 AM, Geetha Rajaram <geetha.singh@universalrelocations.com> wrote:

> adding Shipper in the email for quick Response.
>
> ----
>
> **Geetha Singh**
> General Manager –Imports
> **Dir:** 678-208-2972
> **T:**  (888) 323-7356
> **E:**  geetha.singh@universalrelocations.com
>
> Universal Relocations INC
> www.universalrelocations.com
> Federal Maritime Commission (FMC) # 025083NF
>
> ***GEORGIA BRANCH: 5895,SHILOH ROAD, SUITE 110, ALPHARETTA GA 30005.***
> Corporate Office:  343, New Road, Unit #4, Parsippany, NJ 07054
> Offices in USA:     New Jersey | Georgia | Texas | California
> Offices in India:    Chennai | Bangalore | Hyderabad | Delhi | Mumbai
>
> ----
>
> ----
>
> Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party, shall be conducted solely in accordance with our Standing Trading Conditions. These conditions have clauses which may limit or exclude our liability. A copy is available on request. The information transmitted and available in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information/material. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Any review, retransmission, dissemination or other unauthorized use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient are strictly prohibited and unlawful. If you have received this in error, contact UNIVERSAL RELOCATIONS INC on the above address for appropriate action. Also refer to our privacy statement at universalrelocations.com/privacy. Additionally, UNIVERSAL

RELOCATIONS INC have accreditations covering quality of service and are committed to a strict anti-bribery and anti- corruption policy. For more information please visit our website www.universalrelocations.com

---

**From:** IBVC ECGC <usa.ibvcecgc@usa.cma-cgm.com>
**Sent:** Friday, March 2, 2018 10:11 AM
**To:** Geetha Rajaram; 'Sui Lin'
**Cc:** Logistics-East-PortDoor; JOHNSON Mia - NOR; BUCHANAN Michael - NOR
**Subject:** RE: (SAV - MR) OEA0137473/OEA0137473-NOA-CMACGM-CMA CGM BLUE WHALE -176MRE-UAODS-USSAV-Notice of Arrival

Geetha,

Please urgently provide an update on the below.

I will be preparing documents at 12:00 EST today to have this cargo abandoned and salvaged unless payment has been made.

**This is the final notice; please advise.**

Best regards,

<image001.png>          **Mike BUCHANAN**

**Inbound Vessel Close Coordinator**

**SSC & Documentation Support**

**CMA CGM** (America) LLC, Norfolk, VA

Customer Service: (877) 556-6308

**www.cma-cgm.com**

*Online payment is now available! Click here to register for an eBusiness account today!*

**From:** IBVC ECGC
**Sent:** Thursday, March 01, 2018 5:24 PM
**To:** 'Geetha Rajaram'; 'Sui Lin'

**Cc:** Logistics-East-PortDoor; JOHNSON Mia - NOR; BUCHANAN Michael - NOR; IBVC ECGC
**Subject:** RE: (SAV - MR) OEA0137473/OEA0137473-NOA-CMACGM-CMA CGM BLUE WHALE -176MRE-UAODS-USSAV-Notice of Arrival

Hello,

Yes this is fully released from customs. Unless payment is made in full immediately, this will be filed with our claims department.

<image001.png>   **Wendell Foster**

**Inbound Vessel Close Coordinator**

**Import Documentation**

5701 Lake Wright Drive

Norfolk, VA 23502

VOIP: 8108 2137

**www.cma-cgm.com**

<image002.png>

***Online payment is now available!*** *Click here* ***to register for an eBusiness account today!***

37473/OEA0137473-NOA-CMACGM-CMA CGM BLUE WHALE -176MRE-UAODS-USSAV-Notice of Arrival

CMA CGM (America) LLC

**CMA CGM**

EXHIBIT F

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL:757-961-2100   FAX:877-634-8419
VAT NO. 223522528


**CMA CGM**

| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|

Bill of Lading:   OEA0137473   Booking Ref:  OEA0137473

Customer:  0003953510/001

Your Ref:

**INVOICE**
NAIM4879752

Date: 23-FEB-2018

| Invoice To: | UNIVERSAL RELOCATIONS<br>343 NEW ROAD UNIT 2<br>PARSIPANNY--NJ--07054<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>5701 LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES<br>TEL:757-961-2100   FAX:877-634-8419<br><br>VAT NO.:223522528 |
|---|---|---|---|

Invoiced By:   Jessica IFILL

| Voyage:   176MRE | Local Voyage Ref:  - | Vessel:   CMA CGM BLUE WHALE | Call Date: 17 DEC 2017 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Export Cargo Mode:   Carrier Haulage | | Import Cargo Mode:   Carrier Haulage | |
| Place of Receipt:   - | | Discharge Port:   SAVANNAH, GA | |
| Load Port:   ODESSA | | Place of Delivery:   CANTON, GA | |
| Consignee: VAL SKLAROV | | Notify: UNIVERSAL RELOCATIONS INC | |
| O/B UNIVERSAL RELOCATIONS INC | | 343 NEW ROAD, UNIT # 4 | |

| Quote Reference:   TAMERIGOBLACKSEA | Service Contract:   - |
|---|---|

## (C) Equipment Import Demurrage Charge

Container Number:   CAIU9283602       Size/Type: 40HC   5 Free Working Days       Total billable days:   53  Calendar Days

Start Event Data:       18-DEC-17 - Discharged Full - SAVANNAH, GA - GARDEN CITY TERMINAL

Stop Event Data:

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 23-DEC-17 | 13-FEB-18 | 53 | Calendar | 220.00 | USD | 11,660.00 |
| | | | | Currency Charge Totals | | |
| | | | | | USD | 11,660.00 |
| | | | | | Total | 11,660.00 |

(C)For and on behalf of CMA - CGM
4 QUAI D'ARENC
13002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA6798387

For wire transfers remit to ABA# 121000248
D/B/A CMA-CGM Beneficiary: CMA CGM & ANL Securities
WELLS FARGO
400 MONTICELLO AVENUE
SUITE 1100
NORFOLK
23510 UNITED STATES VA
Account Number.4985253863 (USD)

Total Amount Due:       11,660.00    USD

Payable by 23-FEB-18

Payment before delivery of Bill Of Lading (Export) or containers (Import)

PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Payment shall be made for full amount on or prior to due date, free of charges, without
any deduction nor discount for advance payment. All bank charges are for the account
of the payer-remitter.

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date.

EXHIBIT G



The Group    Products & Services    eBusiness    Local Offices    Help    News & Media    Finance

Home    eBusiness    Prices    Detention - Demurrages

# Demurrage and Detention Tariffs

General Terms

Search country :

All    Africa    Asia    Central America    Europe    Mediterranean    Middle East    North America    Oceania    South America

## Africa

**From:** USA - CLAIMS usa.claims@usa.cma-cgm.com 📎
**Subject:** RE: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS
**Date:** March 6, 2018 at 12:04 PM
**To:** America 2030, LLC Val@America2030.net, geetha.singh@universalrelocations.com
**Cc:** Val Sklarov investments18@msn.com, saidattani@universalrelocations.com, BA@america2030.com, IBVC ECGC
usa.ibvcecgc@usa.cma-cgm.com

**B/L: OEA0137473**
**Container: CAIU9283602**
**Ocean Vessel / Voyage: NICOLA / 029BSS**

Mr. Sklarov,

Please note CMA CGM is not involved in the clearance or release of the container from USDA hold. The party on the CMA CGM B/L responsible for tracking the progression of the hold is Universal Relocations.  CMA CGM provided the point of contact with CBP to Universal Relocations on December 29th, 2017. The outstanding demurrage charges required for the release of the container will be on the account of Universal Relocations. We would like to work with Universal Relocations and you for the release of the shipment from the terminal.

Universal Relocations,

Can you provide your comments and if you would be willing to complete the demurrage for the release of the cargo?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's Bill of Lading Terms & Conditions**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** America 2030, LLC [mailto:Val@America2030.net]
**Sent:** Tuesday, March 06, 2018 10:31 AM
**To:** USA - CLAIMS
**Cc:** Val Sklarov; geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com; IBVC ECGC
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Mr Wainwright,

I appreciate your response to me as it is the first attempt ever by your firm to reach out to me, despite the fact that your firm has and had my address, which begs the question, why did you not reach out to me when US Customs cleared and released the container and put me on notice or make a demand at that time ?

So we have a peculiar situation because I have been renting furniture all this time and have been buying clothes and household goods which are duplicative since we have been deprived of our basic necessities, which are in that container. So we have been damaged to the tune of thousands

basic necessities, which are in that container. So we have been damaged to the tune of thousands of dollars. All, while we have not engaged your firm or have any contractural obligation to your firm.

So the serious question is who actually owes who and how much, because as far as I am concerned, every day that your firm continues to withhold my property from my family for ransom, your firm in fact is incurring damages as we continue to purchase goods contained in the container and by paying for rental furniture.

So the question is, how much are you willing to pay me for my damages incurred by me to date ?

As I stated, please involve your legal department before this escalates and the complaint is filed tomorrow and I approach a local Federal Prosecutor as well and let them investigate your firms RICO practice.


Thank you


Regards,

Val Sklarov
President and CEO
America2030.net
Email: Val@america2030.net
Skype: Investments18
LinkedIn: http://linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.





America2030 is a representative member of M&A Worldwide, a leading global alliance of mid-market merger & acquisition specialists. M&A Worldwide presently has 42 member firms operating in over 40 different countries. All members are closely linked in a global alliance to advise clients on mergers, acquisitions, divestitures, joint ventures, capital raising, and other strategic partnerships. The group transacted in over 640 deals in 2016 close to four billion dollars.

On Mar 6, 2018, at 9:31 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> B/L: OEA0137473
> Container: CAIU9283602
> Ocean Vessel / Voyage: NICOLA / 029BSS
> Date of Arrival: December 17th, 2017

Good day Mr. Sklarov,

Please note when a shipment is placed on USDA hold the Carrier is not involved in the release from this hold. Based on the complaint received it appears Universal Relocations did not inform you the container would incur demurrage while on hold by the USDA. The container arrived on December 17th, 2017 and after the allotted free time on terminal was completed the demurrage began to accrue. The demurrage as of March 6th, 2018 is $16,280.00 with a daily accrual of $220.00. In order for the shipment to be released the demurrage must cleared. It is not our intention to go to court, incurring additional cost to you, or to salvage the goods in the container, but we have not received a mitigated proposal on demurrage for the release of the cargo.  Would you be willing to provide an offer to have the demurrage cleared and cargo released?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** Val Sklarov [mailto:investments18@msn.com]
**Sent:** Tuesday, March 06, 2018 7:14 AM
**To:** USA - CLAIMS; BUCHANAN Michael - NOR
**Cc:** geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Attention Mike Buchanan and Dustin Wainwright,

Notice is hereby given to you as to your obligation in mitigating your firms damages (if any). I strongly suggest your firm releases my belongings and cease and desist engaging in extortionary behavior. I do not have a contract with your firm. If you believe that a contract exists between myself and your firm, please email it to me immediately.

I strongly advice you to release my personal belongings and we will duke it out in court who owes who and how much.

Your continued extortionary conduct is willful and malicious and I demand that your turn for any monies owed to your firm to parties that contracted with you in the first place.

Again, I suggest you get your legal involved to contact me today, prior to me filing of the civil and criminal complaints, for I believe your firm is engaged in RICO and

Extortion and other criminal activity named in the complaint and all remedies at law will be vigorously perused and every court proceeding will be published via a global Press Release which will hit most major global news outlets.

Your firm is on notice.

Thank you

Regards,

Val Sklarov

On Mar 5, 2018, at 10:08 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**
>
> Good day,
>
> This shipment has been handed to my desk for salvage as the container remains idle on terminal Savannah, GA. I have been informed this was USDA released on February 8th, 2018 and the container remains idle. Your notice attached states attempts have been made to resolve this matter. Can you clarify who you were in contact with to resolve this matter?
>
> Best Regards,
>
> **Without Prejudice or Admission of Liability according to the Carrier's Bill of Lading Terms & Conditions**
>
>  **Dustin WAINWRIGHT**
> **Cargo Claims Specialist**
> Legal Department
>
> Direct line: 1 (757) 961-2460
> VOIP: 8108 2460
> CMA CGM (America) LLC, Norfolk, VA
> CCA as agents for ANL
> **www.cma-cgm.com**

&lt;image002.png&gt;

&lt;Doc - Mar 2 2018 - 1-54 PM.PDF&gt;

&lt;complaint.docx&gt;

**From:** USA - CLAIMS usa.claims@usa.cma-cgm.com 📎
**Subject:** RE: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS
**Date:** March 6, 2018 at 12:04 PM
**To:** America 2030, LLC Val@America2030.net, geetha.singh@universalrelocations.com
**Cc:** Val Sklarov investments18@msn.com, saidattani@universalrelocations.com, BA@america2030.com, IBVC ECGC usa.ibvcecgc@usa.cma-cgm.com

**B/L: OEA0137473**
**Container: CAIU9283602**
**Ocean Vessel / Voyage: NICOLA / 029BSS**

Mr. Sklarov,

Please note CMA CGM is not involved in the clearance or release of the container from USDA hold. The party on the CMA CGM B/L responsible for tracking the progression of the hold is Universal Relocations.  CMA CGM provided the point of contact with CBP to Universal Relocations on December 29th, 2017. The outstanding demurrage charges required for the release of the container will be on the account of Universal Relocations. We would like to work with Universal Relocations and you for the release of the shipment from the terminal.

Universal Relocations,

Can you provide your comments and if you would be willing to complete the demurrage for the release of the cargo?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** America 2030, LLC [mailto:Val@America2030.net]
**Sent:** Tuesday, March 06, 2018 10:31 AM
**To:** USA - CLAIMS
**Cc:** Val Sklarov; geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com; IBVC ECGC
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Mr Wainwright,

I appreciate your response to me as it is the first attempt ever by your firm to reach out to me, despite the fact that your firm has and had my address, which begs the question, why did you not reach out to me when US Customs cleared and released the container and put me on notice or make a demand at that time ?

So we have a peculiar situation because I have been renting furniture all this time and have been buying clothes and household goods which are duplicative since we have been deprived of our basic necessities, which are in that container. So we have been damaged to the tune of thousands

basic necessities, which are in that container. So we have been damaged to the tune of thousands of dollars. All, while we have not engaged your firm or have any contractural obligation to your firm.

So the serious question is who actually owes who and how much, because as far as I am concerned, every day that your firm continues to withhold my property from my family for ransom, your firm in fact is incurring damages as we continue to purchase goods contained in the container and by paying for rental furniture.

So the question is, how much are you willing to pay me for my damages incurred by me to date ?

As I stated, please involve your legal department before this escalates and the complaint is filed tomorrow and I approach a local Federal Prosecutor as well and let them investigate your firms RICO practice.


Thank you


Regards,

Val Sklarov
President and CEO
America2030.net
Email: Val@america2030.net
Skype: Investments18
LinkedIn: http://linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.





America2030 is a representative member of M&A Worldwide, a leading global alliance of mid-market merger & acquisition specialists. M&A Worldwide presently has 42 member firms operating in over 40 different countries. All members are closely linked in a global alliance to advise clients on mergers, acquisitions, divestitures, joint ventures, capital raising, and other strategic partnerships. The group transacted in over 640 deals in 2016 close to four billion dollars.

On Mar 6, 2018, at 9:31 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**

Good day Mr. Sklarov,

Please note when a shipment is placed on USDA hold the Carrier is not involved in the release from this hold. Based on the complaint received it appears Universal Relocations did not inform you the container would incur demurrage while on hold by the USDA. The container arrived on December 17th, 2017 and after the allotted free time on terminal was completed the demurrage began to accrue. The demurrage as of March 6th, 2018 is $16,280.00 with a daily accrual of $220.00. In order for the shipment to be released the demurrage must cleared. It is not our intention to go to court, incurring additional cost to you, or to salvage the goods in the container, but we have not received a mitigated proposal on demurrage for the release of the cargo.  Would you be willing to provide an offer to have the demurrage cleared and cargo released?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** Val Sklarov [mailto:investments18@msn.com]
**Sent:** Tuesday, March 06, 2018 7:14 AM
**To:** USA - CLAIMS; BUCHANAN Michael - NOR
**Cc:** geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Attention Mike Buchanan and Dustin Wainwright,

Notice is hereby given to you as to your obligation in mitigating your firms damages (if any). I strongly suggest your firm releases my belongings and cease and desist engaging in extortionary behavior. I do not have a contract with your firm. If you believe that a contract exists between myself and your firm, please email it to me immediately.

I strongly advice you to release my personal belongings and we will duke it out in court who owes who and how much.

Your continued extortionary conduct is willful and malicious and I demand that your turn for any monies owed to your firm to parties that contracted with you in the first place.

Again, I suggest you get your legal involved to contact me today, prior to me filing of the civil and criminal complaints, for I believe your firm is engaged in RICO and

Extortion and other criminal activity named in the complaint and all remedies at law will be vigorously perused and every court proceeding will be published via a global Press Release which will hit most major global news outlets.

Your firm is on notice.

Thank you

Regards,

Val Sklarov

On Mar 5, 2018, at 10:08 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**
>
> Good day,
>
> This shipment has been handed to my desk for salvage as the container remains idle on terminal Savannah, GA. I have been informed this was USDA released on February 8th, 2018 and the container remains idle. Your notice attached states attempts have been made to resolve this matter. Can you clarify who you were in contact with to resolve this matter?
>
> Best Regards,
>
> **Without Prejudice or Admission of Liability according to the Carrier's Bill of Lading Terms & Conditions**
>
>   **Dustin WAINWRIGHT**
> **Cargo Claims Specialist**
> Legal Department
>
> Direct line: 1 (757) 961-2460
> VOIP: 8108 2460
> CMA CGM (America) LLC, Norfolk, VA
> CCA as agents for ANL
> **www.cma-cgm.com**
>
> <image002.png>

<Doc - Mar 2 2018 - 1-54 PM.PDF>

<complaint.docx>

# EXHIBIT H

From: **Val Sklarov** investments18@msn.com  
Subject: Fwd: shipment status / exam pending.  
Date: March 7, 2018 at 5:38 PM  
To: BA@america2030.com

Thank you

Regards,

Val Sklarov

Begin forwarded message:

From: Val Sklarov <investments18@msn.com>  
Date: January 2, 2018 at 12:21:43 PM EST  
To: Geetha Rajaram <geetha.singh@universalrelocations.com>  
Subject: Re: shipment status / exam pending.

Geetha,

Unfortunately I didn't pack the container and neither did I sign the 2-3 contents forms.

In any event, 95% of alcohol is bought in the USA with exception of few bottles brought to the USA during my travels under the 2 bottles allotment per traveler.

In any event, I didn't make the contents list and was not my choice of wording to use "Kitchen Stuff".

Thank you

Regards,

Val Sklarov

On Dec 26, 2017, at 12:32 PM, Geetha Rajaram <geetha.singh@universalrelocations.com> wrote:

Dear Val Sklarov,

Attached Packing list as requested by you .

Thanks.

<EBB23EFE-4F84-4B4D-B73C-64ED21C4BACE[42].png>

**Geetha Singh**  
General Manager –Imports  
Universal Relocations INC  
www.universalrelocations.com  
Federal Maritime Commission (FMC) # 025083NF

Corporate Office:  343, New Road, Unit #4, Parsippany, NJ 07054  
Offices in USA:   New Jersey | Georgia | Texas | California  
Offices in India:   Chennai | Bangalore | Hyderabad | Delhi | Mumbai

**Dir:** (201) 331-6870  
**T:** (888) 323-7356  
**E:**  
geetha.singh@universalrelocations.com

<F88E9DD1-30D4-4E4A-93A0-2F1B3B775EC7[42].png> <1C3F50FE-A92E-41F5-A182-789AC1C0D2F6[42].png> <2F226C82-5F4C-4EC9-BD99-33B857110DEE[42].png> <C8DF688B-DB2B-4713-A5D8-F723A2FE0C08[42].png> <C514CFB6-318D-4817-AE87-E17E8C2427E4[42].png>

<0B3E4A9E-0BCC-46B6-8EB9-4C0702015758[42].png>

Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party, shall be conducted solely in accordance with our Standing Trading Conditions. These conditions have clauses which may limit or exclude our liability. A copy is available on request. The information transmitted and available in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information/material. If you are not the

named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Any review, retransmission, dissemination or other unauthorized use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient are strictly prohibited and unlawful. If you have received this in error, contact UNIVERSAL RELOCATIONS INC on the above address for appropriate action. Also refer to our privacy statement at universalrelocations.com/privacy. Additionally, UNIVERSAL RELOCATIONS INC have accreditations covering quality of service and are committed to a strict anti-bribery and anti- corruption policy. For more information please visit our website www.universalrelocations.com

**From:** geetharajaram <geetha.singh@universalrelocations.com>
**Date:** Tuesday, December 26, 2017 at 11:47 AM
**To:** Val Sklarov <investments18@msn.com>, "a.balatskaya@inter-move.com" <a.balatskaya@inter-move.com>, "s.gulyaka@inter-move.com" <s.gulyaka@inter-move.com>
**Cc:** Universal Relocations -Sai Dattani <saidattani@universalrelocations.com>
**Subject:** Re: shipment status / exam pending.

Dear Val Sklarov,

Good Morning.

Please note we contacted the terminal this morning at Savannah and understand that your Container was moved to the Exam Centre for Stripping. There seems a Stripping Order on this Container and we are waiting for the next update .

We are monitoring the Container status regularly and waiting for the Release to be posted so we can plan the Delivery dates.

Please standby for further details.

Regards,

<EBB23EFE-4F84-4B4D-B73C-64ED21C4BACE[38].png>

**Geetha Singh**
General Manager –Imports
Universal Relocations INC
www.universalrelocations.com
Federal Maritime Commission (FMC) # 025083NF

Corporate Office:  343, New Road, Unit #4, Parsippany, NJ 07054
Offices in USA:    New Jersey | Georgia | Texas | California
Offices in India:   Chennai | Bangalore | Hyderabad | Delhi | Mumbai

**Dir:** (201) 331-6870          <F88E9DD1-30D4-4E4A-93A0-2F1B3B775EC7[38].png>
**T:** (888) 323-7356           <1C3F50FE-A92E-41F5-A182-789AC1C0D2F6[38].png>
**E:**                          <2F226C82-5F4C-4EC9-BD99-33B857110DEE[38].png>
                                <C8DF688B-DB2B-4713-A5D8-F723A2FE0C08[38].png>
geetha.singh@universalrelocations.com <C514CFB6-318D-4817-AE87-E17E8C2427E4[38].png>

<0B3E4A9E-0BCC-46B6-8EB9-4C0702015758[38].png>

Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party, shall be conducted solely in accordance with our Standing Trading Conditions. These conditions have clauses which may limit or exclude our liability. A copy is available on request. The information transmitted and available in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information/material. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender

immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Any review, retransmission, dissemination or other unauthorized use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient are strictly prohibited and unlawful. If you have received this in error, contact UNIVERSAL RELOCATIONS INC on the above address for appropriate action. Also refer to our privacy statement at universalrelocations.com/privacy. Additionally, UNIVERSAL RELOCATIONS INC have accreditations covering quality of service and are committed to a strict anti-bribery and anti- corruption policy. For more information please visit our website www.universalrelocations.com

**From:** geetharajaram <geetha.singh@universalrelocations.com>
**Date:** Friday, December 22, 2017 at 2:54 PM
**To:** Val Sklarov <investments18@msn.com>, "a.balatskaya@inter-move.com" <a.balatskaya@inter-move.com>, "s.gulyaka@inter-move.com" <s.gulyaka@inter-move.com>
**Cc:** Universal Relocations -Sai Dattani <saidattani@universalrelocations.com>
**Subject:** Re: shipment status / exam pending.

Dear Val Sklarov,

Attached is the arrival notice with USDA Hold Notice as confirmed by the Liner.

Regards,

<EBB23EFE-4F84-4B4D-B73C-64ED21C4BACE[231].png>

**Geetha Singh**
General Manager –Imports
Universal Relocations INC
www.universalrelocations.com
Federal Maritime Commission (FMC) # 025083NF

Corporate Office:  343, New Road, Unit #4, Parsippany, NJ 07054
Offices in USA:    New Jersey | Georgia | Texas | California
Offices in India:   Chennai | Bangalore | Hyderabad | Delhi | Mumbai

**Dir:** (201) 331-6870          <F88E9DD1-30D4-4E4A-93A0-2F1B3B775EC7[231].png>
**T:** (888) 323-7356          <1C3F50FE-A92E-41F5-A182-789AC1C0D2F6[231].png>
**E:**                          <C8DF688B-DB2B-4713-A5D8-
geetha.singh@universalrelocations.com F723A2FE0C08[231].png>

        

Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party, shall be conducted solely in accordance with our Standing Trading Conditions. These conditions have clauses which may limit or exclude our liability. A copy is available on request. The information transmitted and available in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information/material. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Any review, retransmission, dissemination or other

arise as a result of e-mail transmission. Any review, retransmission, dissemination or other unauthorized use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient are strictly prohibited and unlawful. If you have received this in error, contact UNIVERSAL RELOCATIONS INC on the above address for appropriate action. Also refer to our privacy statement at universalrelocations.com/privacy. Additionally, UNIVERSAL RELOCATIONS INC have accreditations covering quality of service and are committed to a strict anti-bribery and anti- corruption policy. For more information please visit our website www.universalrelocations.com

---

**From:** geetharajaram <geetha.singh@universalrelocations.com>
**Date:** Friday, December 22, 2017 at 2:52 PM
**To:** Val Sklarov <investments18@msn.com>, "a.balatskaya@inter-move.com" <a.balatskaya@inter-move.com>, "s.gulyaka@inter-move.com" <s.gulyaka@inter-move.com>
**Cc:** Universal Relocations -Sai Dattani <saidattani@universalrelocations.com>
**Subject:** Re: shipment status / exam pending.

Dear Val Sklarov,

Good Afternoon,

Please note the Container is being examined at Savannah port for USDA ( agriculture) and is now being stripped . Also that shipping line provides few days of free time after it arrives and today is the Last free day.
Starting today , the container will incur 220$/ day demurrage until it is customs released and Exam charges at actuals.

Final charges Invoice  will be sent by Shipping Line  and thereafter they will be moving the container to Atlanta once it is fully released and paid in full.
We are closely following up to expedite the process, however, Customs and Border protection is something which is out of our control and we have to wait for the CBP officer to update the Release on the container.

We shall keep updating you further.

Thanks.

---

<EBB23EFE-4F84-4B4D-B73C-64ED21C4BACE[13].png>

**Geetha Singh**
General Manager –Imports
Universal Relocations INC
www.universalrelocations.com
Federal Maritime Commission (FMC) # 025083NF

Corporate Office:  343, New Road, Unit #4, Parsippany, NJ 07054
Offices in USA:    New Jersey | Georgia | Texas | California
Offices in India:    Chennai | Bangalore | Hyderabad | Delhi | Mumbai


**Dir:** (201) 331-6870
**T:**  (888) 323-7356          <F88E9DD1-30D4-4E4A-93A0-2F1B3B775EC7[13].png>
**E:**                          <2F226C82-5F4C-4EC9-BD99-33B857110DEE[13].png>
geetha.singh@universalrelocations.com<C514CFB6-318D-4817-AE87-E17E8C2427E4[13].png>

---

<0B3E4A9E-0BCC-46B6-8EB9-4C0702015758[13].png>

---

Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party, shall be conducted solely in accordance with our Standing Trading Conditions. These conditions have clauses which may limit or exclude our liability. A copy is available on request. The information

transmitted and available in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information/material. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Any review, retransmission, dissemination or other unauthorized use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient are strictly prohibited and unlawful. If you have received this in error, contact UNIVERSAL RELOCATIONS INC on the above address for appropriate action. Also refer to our privacy statement at universalrelocations.com/privacy. Additionally, UNIVERSAL RELOCATIONS INC have accreditations covering quality of service and are committed to a strict anti-bribery and anti- corruption policy. For more information please visit our website www.universalrelocations.com

**From:** Val Sklarov <investments18@msn.com>
**Date:** Friday, December 22, 2017 at 11:39 AM
**To:** geetharajaram <geetha.singh@universalrelocations.com>
**Subject:** Re: shipment status / exam pending.

Hello,

Why would there be charges after today as I gave you everything that you needed.

Thank you

Regards,

Val Sklarov

On Dec 22, 2017, at 11:16 AM, Geetha Rajaram <geetha.singh@universalrelocations.com> wrote:

Dear Val Sklarov,

Good Morning !.
Update on your shipment.

Please note your shipment is at Savannah Terminal and under the US Customs USDA –HOLD.
Also note that today is the Last free day at the terminal and there could be charges incurred due to Exam and demurrage.

We are waiting for the final release status and will advise you further status.

Thanks.

<EBB23EFE-4F84-4B4D-B73C-64ED21C4BACE[9].png>

**Geetha Singh**
General Manager –Imports
Universal Relocations INC
www.universalrelocations.com
Federal Maritime Commission (FMC) # 025083NF

Corporate Office:  343, New Road, Unit #4, Parsippany, NJ 07054
Offices in USA:    New Jersey | Georgia | Texas | California

Offices in India:    Chennai | Bangalore | Hyderabad | Delhi | Mumbai

| | |
|---|---|
| **Dir:** (201) 331-6870 | <F88E9DD1-30D4-4E4A-93A0-2F1B3B775EC7[9].png> |
| **T:** (888) 323-7356 | <1C3F50FE-A92E-41F5-A182-789AC1C0D2F6[9].png> |
| **E:** | <2F226C82-5F4C-4EC9-BD99-33B857110DEE[9].png> |
| geetha.singh@universalrelocations.com | <C8DF688B-DB2B-4713-A5D8-F723A2FE0C08[9].png> |
| | <C514CFB6-318D-4817-AE87-E17E8C2427E4[9].png> |

<0B3E4A9E-0BCC-46B6-8EB9-4C0702015758[9].png>

Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party, shall be conducted solely in accordance with our Standing Trading Conditions. These conditions have clauses which may limit or exclude our liability. A copy is available on request. The information transmitted and available in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information/material. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Any review, retransmission, dissemination or other unauthorized use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient are strictly prohibited and unlawful. If you have received this in error, contact UNIVERSAL RELOCATIONS INC on the above address for appropriate action. Also refer to our privacy statement at universalrelocations.com/privacy. Additionally, UNIVERSAL RELOCATIONS INC have accreditations covering quality of service and are committed to a strict anti-bribery and anti- corruption policy. For more information please visit our website www.universalrelocations.com

**From:** geetharajaram <geetha.singh@universalrelocations.com>
**Date:** Wednesday, December 20, 2017 at 4:52 PM
**To:** Val Sklarov <investments18@msn.com>
**Cc:** Universal Relocations -Texas <texas@universalrelocations.com>
**Subject:** Re: Document - Dec 14, 2017

Dear Val,

Good Evening.

Please scan your Passport copy asap. I am not sure if I received this earlier.

Thanks.

Geetha Singh
General Manager –Imports
Universal Relocations INC
www.universalrelocations.com <http://www.universalrelocations.com/>
Federal Maritime Commission (FMC) # 025083NF
Corporate Office:  343, New Road, Unit #4, Parsippany, NJ 07054
Offices in USA:    New Jersey | Georgia | Texas | California
Offices in India:    Chennai | Bangalore | Hyderabad | Delhi | Mumbai
Dir: (201) 331-6870
T:  (888) 323-7356
E: geetha.singh@universalrelocations.com
<https://web.facebook.com/universalrelo/?_rdc=1&_rdr>  <https://www.linkedin.com/company/universal-relocations-inc/>  <https://twitter.com/UniversalRelo>  <https://plus.google.com/100377378667876999420>

Superior Court of Cherokee County
**E-Filed**
18CVE0399
3/7/2018 7:15 PM  TB
Patty Baker, Clerk
Civil Division

## General Civil and Domestic Relations Case Filing Information Form

☒ **Superior** or ☐ **State Court of** Cherokee _____ **County**

| **For Clerk Use Only** | |
|---|---|
| Date Filed 03/07/2018 | **Case Number** 18CVE0399 |
| **MM-DD-YYYY** | |

**Plaintiff(s)**
SKLAROV    VAL

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
CMA CGM (AMERICA) LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| UNIVERSAL RELOCATIONS INC | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _____    **Bar Number** _____    **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**

- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☒ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Dissolution/Divorce/Separate Maintenance**
- ☐ **Family Violence Petition**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

**Post-Judgment – Check One Case Type**

- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Modification**
- ☐ **Other/Administrative**

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
**Case Number**                **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

Version 1.1.18

**IN THE SUPERIOR/STATE COURT OF** ___Cherokee_____ **COUNTY**

**STATE OF GEORGIA**

VAL SKLAROV_____

_____

CIVIL ACTION 18CVE0399
NUMBER _____

_____
                                        **PLAINTIFF**
                    Vs.

CMA CGM (AMERICA) LLC_____

_____

_____
                                        **DEFENDANT**

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

    You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

VAL SKLAROV--PRO SE

142 GOLD SPRINGS COURT, CANTON, GA, 30114

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __08  7th____ day of __March_____, _2018_____.


                        Clerk of Superior Court/State Court

                        By:_____

                                        Deputy Clerk


SC-1 Rev. 85

**IN THE SUPERIOR/STATE COURT OF** __Cherokee_____ **COUNTY**

**STATE OF GEORGIA**

VAL SKLAROV_____

CIVIL ACTION
NUMBER __18CVE0399_____

_____

_____ **PLAINTIFF**

Vs.

UNIVERSAL RELOCATIONS INC_____

_____

_____ **DEFENDANT**

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

VAL SKLAROV--PRO SE

142 GOLD SPRINGS COURT, CANTON, GA, 30114

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __08__ day of __March_____, __2018____.
     7th

Clerk of Superior Court/State Court

By:_____

Deputy Clerk

SC-1 Rev. 85

SUMMONS

# IN THE SUPERIOR COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

Val  Sklarov

PLAINTIFF

VS.

CMA CGM (AMERICA) LLC

DEFENDANT

CIVIL ACTION NUMBER  18CVE0399

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney. whose name and address is:

an answer to the complaint which is herewith served upon you. **WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU,** exclusive of the day of service. If you fail to do so. judgment by default will be taken against you for the relief demanded in the complaint.

This 26 day of March , 20 18 .

Patty Baker, Clerk of Superior Court
Cherokee County Justice Center
90 North Street, Suite G170
Canton, GA 30114

BY _____
**Deputy Clerk**

*INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.*

JSG-0007

SUMMONS

## IN THE SUPERIOR COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

Val Sklarov

**PLAINTIFF**

CIVIL ACTION
NUMBER  18CVE0399

VS.

UNIVERSAL RELOCATIONS
INC

**DEFENDANT**

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you. **WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU,** exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 26 day of March , 20 18 .

Patty Baker, Clerk of Superior Court
Cherokee County Justice Center
90 North Street, Suite G170
Canton, GA 30114

BY

**Deputy Clerk**

*INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.*

JSG-0007

Superior Court of Cherokee County
**E-Filed**
18CVE0399
4/2/2018 9:47 AM  MB
Patty Baker, Clerk
Civil Division

# IN THE SUPERIOR COURT OF CHEROKEE COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **VAL SKLAROV** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO.  18CVE0399 |
| **CMA CGM (AMERICA) LLC** | ) | |
| **UNIVERSAL RELOCATIONS INC** | ) | |
| Defendants. | ) | |

## MEMORANDUM IN SUPPORT OF AN EMERGENCY MOTION FOR INJUNCTIVE RELIEF

**COMES NOW** Plaintiff VAL SKLAROV and files this MEMORANDUM IN SUPPORT OF AN EMERGENCY MOTION FOR INJUNCTIVE RELIEF against DEFENDANT CMA CGM (AMERICA) LLC ("**CMA**") and UNIVERSAL RELOCATIONS ("**UNIVERSAL**") alleging the following:

## JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction over this matter given that it is a court of general jurisdiction and the amount in controversy fulfills the jurisdictional threshold amount. Personal jurisdiction is proper, given the presence of the parties in GA and the extensive business that the Parties conduct in GA. Venue is also proper under O. C. G. A. §14-2-510, given the fact that the acts, events, and omissions giving rise to this cause of action occurred in Cherokee County.

## STANDARD OF REVIEW

2.     A plaintiff is entitled to a preliminary injunction if he establishes the following: "(1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable injury; (3) that the threatened injury to the plaintiff outweighs the potential harm to the defendant; and (4) that the injunction will not disserve the public interest." *Palmer v. Braun*, 287 F.3d 1325, 1329 (11th Cir. 2002).

## FACTUAL OVERVIEW AND ANALYSIS

**I.      PLAINTIFF HAS A SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS.**

3.      Plaintiff, on or about October 2017 and while in the Ukraine, entered into an understating with Ukrainian Forwarding Agent ("ATLANT CENTER") to ship goods predominantly purchased in the U.S. from his home in the Ukraine to his home in the U.S.

4.      ATLANT CENTER provided a quote of a "door to door" service, which included full packing of the Container, transportation of the Container from port to Plaintiff's house in GA, United States Customs and Border Protection ("**Customs**") clearance, unloading of the Container, and complete setup of its contents, which consists of furniture, kitchen appliances, office supplies, and personal effects that are not only of significant monetary value to Plaintiff, but also bear a particularly sentimental value to Plaintiff and his family—containing four (4) generations of family photos and heirlooms.

5.      On or about November 1, 2017, ATLANT CENTER came to the warehouse where the furniture and the personal belongings of Plaintiff are stored with a team of approximately ten (10) people to pack the contents of the Container. One of ATLANT CENTER's team was charged with writing down the description of the Container's contents.

6.      Plaintiff took no part in the description of the goods and rightly surrendered that responsibility to ATLANT CENTER, whose after-the fact-agent is UNIVERSAL in the U.S.

7.      On or about November 2, ATLANT CENTER shipped the Container to the U.S. implementing the services of its agent UNIVERSAL.

8.      At all times relevant, ATLANT CENTER maintained that UNIVERSAL would receive the Container, facilitate Customs clearance, and coordinate the delivery and setup of the goods.

9.      On November 19, Plaintiff paid ATLANT CENTER through a wire transfer the full sum owed it of Nine Thousand and One Hundred and Seventy Five Dollars ($9,175.00) to cover the entire shipping service.

10.   On or about December 22, UNIVERSAL informed Plaintiff that the goods are being held up at Customs. (**See Exhibit A**).

11.   On December 26, UNIVERSAL informed Plaintiff that the Container is being moved to the exam center to be stripped and examined. UNIVERSAL sent Plaintiff four (4) packing lists that improperly depict the contents of the Container but more troublingly bearing a false signature of the Plaintiff in most of these packing lists. (**See exhibit B**).

12.   This was Plaintiff's first encounter with the contents of the packing lists and the forgery of his signature.

13.   Throughout January and February of 2018, UNIVERSAL maintained that the reason for the delay in Customs clearance is owed to the improper completion of the packing lists.

14.   On the first week of March, Plaintiff was informed by UNIVERSAL that Customs has released the Container. However, the Container was in fact released on February 8th, which allowed for the demurrage charges to accumulate to the sum of Eleven Thousand and Six Hundred and Sixty Dollars ($11,660.00). (**See Exhibit C**).

15.   CMA stated that it will not surrender the Container to Plaintiff unless the Eleven Thousand and Six Hundred and Sixty Dollars ($11,660.00) in demurrage charges are paid by Plaintiff.

16.   Plaintiff does not have any contract with CMA whatsoever. Indeed, Plaintiff has not heard of CMA before in his entire existence until Plaintiff learned that his personal property is being unlawfully detained by CMA and would be released only if Plaintiff renders Eleven Thousand and Six Hundred and Sixty Dollars ($11,660.00) in demurrage fees.

17.   It is, therefore, highly likely that Plaintiff will prevail on the merits, being the victim of an elaborate scheme in which he is expected to hemorrhage large sums of money where it is not owed to retrieve property that is lawfully his but for the illegal detention of the same by Defendants.

## II.    SUBSTANTIAL THREAT OF IRREPARABLE INJURY.

18.    Plaintiff's pecuniary and non-pecuniary losses are irreparable while Defendants' are not since they will blithely continue, unless severely deterred by this Court, to look for the next victim to prey upon.

19.    Plaintiff, a father of three (3) dependent infants and the sole breadwinner in the house, attempted on numerous occasions via email and phone calls to have Defendants peacefully return his cargo but all of his attempts went unanswered.

20.    Plaintiff is incurring no less than Two Thousand Dollars ($2000.00) a month in furniture rental expenses, in addition to buying clothes and other necessities for himself, his spouse, and three (3) kids.

21.    Indeed, Plaintiff, along with his dependents, has been living out of a suitcase for the past five (5) months. But this is the pecuniary loss of the equation.

22.    Equally important, if not more, are the irreplaceable generational heirlooms that Plaintiff is charged with safekeeping and passing on to the next generation. All of that is categorically hindered, in light of the false claim of abandonment and the unlawful threat of salvage and disposition of Plaintiff's property.

23.    As a result, Plaintiff is experiencing a substantial hardship and his interests are being greatly prejudiced while Defendants are basking in the glory of their illicit gains and their interests are not and will not be prejudiced under the law in any way if they are to return Plaintiff's cargo to him.

24.    It is, therefore, in the interest of substantial justice and to safeguard the public from the predatory practices of Defendants that Defendants be ordered to immediately cease the unlawful retention of Plaintiff's personal property and to return the same to Plaintiff.

## III.    THE THREATENED INJURY TO THE PLAINTIFF OUTWEIGHS THE POTENTIAL HARM TO THE DEFENDANT.

25.    Plaintiff's injury if his cargo is not forthwith returned to him vastly outweighs that of Defendants.

26.    Compensatory damages to Plaintiff are not enough and cannot make him and his family whole.

27.    Plaintiff and his ancestors, living and deceased, along with his descendants and their future descendants will forever be deprived of a significant part of their family heritage if Defendants are allowed their

callous indifference of holding Plaintiff's property captive and threatening to dispose of it unless a payment not owed is made.

28.   Defendants, on the other hand, will suffer no injustice and will experience no more than the inconvenience of learning to conduct their business with the transparency and ethicality that are owed Plaintiff and the general public.

29.   It is, hence, in fairness to Plaintiff and his family and in the interest of the public at large that Defendants be ordered to immediately return Plaintiff's property to him.

## IV.     THE INJUNCTION WILL NOT DISSERVE THE PUBLIC INTEREST.

30.   Plaintiff, finally, repeats and restates all of the foregoing in concluding his MEMORANDUM IN SUPPORT OF AN EMERGENCY MOTION FOR INJUNCTIVE RELIEF.

31.   The affairs of Plaintiff that are the subject of this dispute and his personal plight are both symptomatic and emblematic of the deceit, greed, manipulation, and exploitation perpetrated on a daily basis by Defendants upon thousands such as Plaintiff whose injustice habitually goes undetected, much less redressed.

32.   Deliberate engagement in deceptiveness and shady practices that serve to augment the coffers of the wealthy at the expense of hard-working and self-supporting men and women is the quintessential evil that this society suffers from and is the bane of its justice system.

33.   It is the sincere hope of Plaintiff, consequently, that this Honorable Court vindicate him not only in the just restoration of his rights, but also in setting a lesson to Defendants that their business practices are nothing short of despicable; are diametrically disallowed and severally punishable; and that justice will eventually prevail.

**<u>PRAYER FOR RELIEF</u>**

In view of the facts contained herein, Plaintiff respectfully requests that the Court:

a)   Enter a preliminary and permanent injunction against Defendants stopping them from the disposition or the threat of disposition of Plaintiff's cargo.

b)   Order Defendant CMA to forthwith return Plaintiff's cargo to Plaintiff.

c)   Award Plaintiff compensatory damages for losses and expenses suffered in the amount of Fifteen Thousand Dollars ($15,000.00); and

d)   For all such other relief that this Court deems just and proper.

DATED April 1, 2018

RESPECTUFLLY SUBMITTED

Val Sklarov, *appearing pro se*

/s/ Val Sklarov
_____

## OATH

I, Val Sklar personally appearing before the undersigned officer duly authorized to administer oaths and being duly sworn, hereby depose and state that the facts asserted by me herein are true, complete, and accurate.


_____
Signature


Jamie L. Olson
Printed Name


30/03/2018
Date


Before me this 30 day of March, 2018


_____
NOTARY PUBLIC

Jamie L Olson
Notary Public, Paulding County, Georgia
My Comm. Expires 04/11/2021

www.universalrelocations.com
Federal Maritime Commission (FMC) # 025083NF

Corporate Office: 343, New Road, Unit #4, Parsippany, NJ 07054
Offices in USA:    New Jersey | Georgia | Texas | California
Offices in India:  Chennai | Bangalore | Hyderabad | Delhi | Mumbai

**Dir:** (201) 331-6870
**T:** (888) 323-7356
**E:** geetha.singh@universalrelocations.com



# EXHIBIT A

        

Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party, shall be conducted solely in accordance with our Standing Trading Conditions. These conditions have clauses which may limit or exclude our liability. A copy is available on request. The information transmitted and available in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information/material. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Any review, retransmission, dissemination or other unauthorized use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient are strictly prohibited and unlawful. If you have received this in error, contact UNIVERSAL RELOCATIONS INC on the above address for appropriate action. Also refer to our privacy statement at universalrelocations.com/privacy. Additionally, UNIVERSAL RELOCATIONS INC have accreditations covering quality of service and are committed to a strict anti-bribery and anti- corruption policy. For more information please visit our website www.universalrelocations.com

**From:** geetharajaram <geetha.singh@universalrelocations.com>
**Date:** Friday, December 22, 2017 at 2:52 PM
**To:** Val Sklarov <investments18@msn.com>, "a.balatskaya@inter-move.com" <a.balatskaya@inter-move.com>, "s.gulyaka@inter-move.com" <s.gulyaka@inter-move.com>
**Cc:** Universal Relocations -Sai Dattani <saidattani@universalrelocations.com>
**Subject:** Re: shipment status / exam pending

**Subject:** Re: shipment status / exam pending.

Dear Val Sklarov,

Good Afternoon,

Please note the Container is being examined at Savannah port for USDA ( agriculture) and is now being stripped .
Also that shipping line provides few days of free time after it arrives and today is the Last free day.
Starting today , the container will incur 220$/ day demurrage until it is customs released and Exam charges at actuals.

Final charges Invoice  will be sent by Shipping Line  and thereafter they will be moving the container to Atlanta once it is fully released and paid in full.
We are closely following up to expedite the process, however, Customs and Border protection is something which is out of our control and we have to wait for the CBP officer to update the Release on the container.

We shall keep updating you further.

Thanks.


**Universal Relocations**
*the 'ONE-STOP' relocation service*

**Geetha Singh**
General Manager –Imports
Universal Relocations INC
www.universalrelocations.com
Federal Maritime Commission (FMC) # 025083NF

Corporate Office:  343, New Road, Unit #4, Parsippany, NJ 07054
Offices in USA:    New Jersey | Georgia | Texas | California
Offices in India:   Chennai | Bangalore | Hyderabad | Delhi | Mumbai

**Dir:** (201) 331-6870
**T:** (888) 323-7356
**E:** geetha.singh@universalrelocations.com








           

Disclaimer: Please note: All business of whatever nature, be it as agents or principal with any party

**Atlant Center** moving company

**Packing list of Used Personal Effects**

| | |
|---|---|
| Client: | Val Sclovv |
| Company: | |
| Moving from: | Kyiv Ukraine |
| Moving to: | Canton GA USA |
| Reference number. | Ex - 2112/17 |
| Mode of transport: | **PAGE** 1 |

| Item no. | Destination check | DESCRIPTION OF GOODS | | | | | | Weight |
|---|---|---|---|---|---|---|---|---|
| 1 | Kitchen stuff | 21 | kitchen stuff | 41 | Kitchen stuff | 61 | kitchen stuff | |
| 2 | kitchen stuff | 22 | kitchen stuff | 42 | kitchen stuff | 62 | kitchen stuff | |
| 3 | Bathroom stuff | 23 | kitchen stuff | 43 | kitchen ware | 63 | kitchen stuff | |
| 4 | kitchen stuff | 24 | kids toys | 44 | kids toys | 64 | Shoes | |
| 5 | kitchen stuff | 25 | kitchen stuff | 45 | kitchen stuff | 65 | Pillows | |
| 6 | kitchen stuff | 26 | kitchen stuff | 46 | kitchen stuff | 66 | Linen | |
| 7 | Bathroom stuff | 27 | kids toys | 47 | kids toys | 67 | kitchen stuff | |
| 8 | Bathroom stuff | 28 | kitchen stuff | 48 | kitchen stuff | 68 | kitchen stuff | |
| 9 | Stationery | 29 | kitchen ware | 49 | kitchen stuff | 69 | Clothes | |
| 10 | Bathroom stuff | 30 | kitchen stuff | 50 | kids toys | 70 | Linen | |
| 11 | Bathroom stuff | 31 | kitchen stuff | 51 | kitchen stuff | 71 | washer for clothes | |
| 12 | kitchen stuff | 32 | kitchen stuff | 52 | kitchen stuff | 72 | kitchen stuff | |
| 13 | kitchen stuff | 33 | kitchen stuff | 53 | kitchen stuff | 73 | Mattress | |
| 14 | kitchen stuff | 34 | kitchen stuff | 54 | Bathroom stuff | 74 | Mattress | |
| 15 | Bathroom stuff | 35 | kids toys | 55 | Bathroom stuff | 75 | Mattress | |
| 16 | kitchen stuff | 36 | kitchen stuff | 56 | Bathroom stuff | 76 | Mattress | |
| 17 | kitchen stuff | 37 | kitchen stuff | 57 | kitchen stuff | 77 | Chairs | |
| 18 | kitchen stuff | 38 | kids toys | 58 | kitchen stuff | 78 | Chairs | |
| 19 | kitchen stuff | 39 | kitchen stuff | 59 | kitchen stuff | 79 | kitchen stuff | |
| 20 | kitchen stuff | 40 | kitchen ware | 60 | Bathroom stuff | 80 | kids toys | |

**REMARKS:**

| Carrier (signature): Sergiy Galydro | Date: 26.10.17 | Carrier (signature): | Date: |
|---|---|---|---|
| Client (signature): | Date: 26.10.17 | Client (signature): | Date: |

| ORIGIN | DESTINATION |
|---|---|

**Atlant Center**
moving company

**Packing list of Used Personal Effects**

| | |
|---|---|
| Client: | V.L Sihora |
| Company: | |
| Moving from: | Kyiv Ukraine |
| Moving to: | Canton CA USA |
| Reference number: | E. 010/17 |
| Mode of transport: | |

**PAGE 2**

| Item no. | Destination check | DESCRIPTION OF GOODS | | | Weight |
|---|---|---|---|---|---|
| 1 | Chairs | 21. Stationary | 22. Cupboard | 43. Kitchen stuff | |
| 2 | Chairs | 22. Washing machine | 22. table | 42. Clothes beddings | |
| 3 | table | 23. Washing machine | 23. Commode | 43. Kitchen stuff | |
| 4 | Beneteau | 24. Mirror | 24. legs of table | 44. Kitchen stuff | |
| 5 | Chair | 25. Washing machine | 25. Cups | 44. Carpet | |
| 6 | Kids toys | 26. Washing machine | 26. Stationary | 46. Printer HP | |
| 7 | Linen | 27. Mattress | 27. Clothes | 47. Vase bedding | |
| 8 | Linen | 28. Cosmetics | 28. Coffes | 48. Bimeblow | |
| 9 | Baby bath | 29. Stationary | 29. Coffes | 49. Paper cups | |
| 10 | Iron board | 10. Clothes | 30. Bathroom stuff | 50. Stationary | |
| 11 | Mirror | 11. Items | 31. Camping chair | 51. Bedside table | |
| 12 | Kids toys | 12. Kids toys | 32. Swing bar | 52. Cupboard | |
| 13 | Kids toys | 12. Kids toys | 33. Photos | 53. Christmas tree | |
| 14 | Shoes | 14. Kids toys | 34. Christmas top | 54. Stationary | |
| 15 | Shoes | 15. Boys | 35. Trolley | 55. Table | |
| 16 | Baby bed | 16. Pushchair | 36. Clothes | 56. Commode | |
| 17 | Kids toys | 17. Clothes | 37. Books | 57. Commode | |
| 18 | Kids toys | 18. Clothes towels | 38. Kitchen stuff | 58. Bed | |
| 19 | Kids Sofa | 19. Shoes | 39. Linen, Pillows | 59. Commode | |
| 20 | Stationary | 20. Stationary | 40. Linen, pillows | 60. Table | |

**REMARKS:**

| Carrier (signature): Sergiy Gudyaiha | Date: 23.6.17 | Carrier (signature): | Date: |
|---|---|---|---|
| Client (signature): | Date: | Client (signature): | Date: |

**ORIGIN** | **DESTINATION**

**Packing list of Used Personal Effects**

| AC Atlant Center moving company | | |
|---|---|---|
| Client: | Val Sklarov | |
| Company: | | |
| Moving from: | Kyiv Ukraine | |
| Moving to: | Canton GA USA | |
| Reference number: | S 242/17 | |
| Mode of transport: | | **PAGE 3** |

| Ite m no. | Destin ation check | DESCRIPTION OF GOODS | | | Weight |
|---|---|---|---|---|---|
| 1 | Bedside table | (101) American | (61) TV Samsung | (221) Table | |
| 2 | Bedside table | (102) Commode | (62) TV Samsung | (222) Bin | |
| 3 | Chairs | (103) Commode | (63) Mattress | (223) Part of bed | |
| 4 | Part of bed | (104) Commode | (64) Mattress | (224) Part of bed | |
| 5 | Part of bed | (105) Part of table | (65) Mattress | (225) Part of bed | |
| 6 | Part of bed | (106) Commode | (66) Mattress | (226) Commode | |
| 7 | Part of bed | (107) Part of bed | (67) Mirror | (227) Chair | |
| 8 | Bedside table | (108) Kitchen stuff | (68) Part of bed | (228) Chair | |
| 9 | Bedside table | (109) Bedside table | (69) Part of bed | (229) Chair | |
| 10 | Bath table | (110) Bedside table | (70) Part of bed | (230) Chair | |
| 11 | Shelves | (111) Bedside table | (71) Commode | (231) Part of bed | |
| 12 | Part of bed | (112) Pillows, beddings | (72) Piano | (232) Part of bed | |
| 13 | Cupboard | (113) Part of bed | (73) Toys | (233) Commode | |
| 14 | Part of bed | (114) Part of bed | (74) Air cleaner | (234) Chair | |
| 15 | Part of bed | (115) Mattress | (75) Part of bed | (235) Chair | |
| 16 | Part of bed | (116) TV flat Samsung | (76) Dolly house | (236) Chair | |
| 17 | Part of bed | (117) Mattress | (77) Kids toys | (237) Part of bed | |
| 18 | Clothes | (118) TV Samsung | (78) Kids toys | (238) Chair | |
| 19 | Toys clothes shoes | (119) TV Samsung | (79) Table | (239) Armchair | |
| 20 | Clothes | (120) TV Samsung | (80) Dishwasher | (240) Refrigerator | |

**REMARKS:**

| Carrier (signature): Eugiy Vialyaha | Date: 26 10 17 | Carrier (signature): | Date: |
|---|---|---|---|
| Client (signature): | Date: 26 10 17 | Client (signature): | Date: |
| **ORIGIN** | | **DESTINATION** | |

![Atlant Center moving company logo]

**Packing list of Used Personal Effects**

| | |
|---|---|
| Client: | Vai Shlapov |
| Company: | |
| Moving from: | Kyiv Ukraine |
| Moving to: | Canton GA USA |
| Reference number: | Ex 0112/18 |
| Mode of transport: | |

**PAGE 4**

| Item no. | Destination check | DESCRIPTION OF GOODS | | | Weight |
|---|---|---|---|---|---|
| 241 | Shoes | 267 | Pillow | 281 | |
| 242 | Shoes | 268 | Pillow | 282 | |
| 243 | Kids bed | 269 | Pillow | 283 | |
| 244 | Shoes | 270 | Pillow | 284 | |
| 245 | Clothes | 265 | Pillow | 285 | |
| 246 | Chair | 266 | Pillow | 286 | |
| 247 | Paper cups | 267 | Pillow | 287 | |
| 248 | Paper cups | 268 | Pillow | 288 | |
| 249 | Bin | 269 | Pillow | 289 | |
| 250 | Sofa | 270 | Pillow | 290 | |
| 251 | Carpet | 271 | Pillow | 291 | |
| 252 | Part of bed | 272 | Pillow | 292 | |
| 253 | Part of bed | 273 | Pillow | 293 | |
| 254 | Part of bed | 274 | Pillow | 294 | |
| 255 | Part of bed | 275 | | 295 | |
| 256 | Pillows | 276 | | 296 | |
| 257 | Pillows | 277 | | 297 | |
| 258 | Pillow | 278 | | 298 | |
| 259 | Pillow | 279 | | 299 | |
| 260 | Pillow | 280 | | 300 | |

**REMARKS:**

| Carrier (signature): Sergiy Gielychev | Date: 20 1 18 | Carrier (signature): | Date: |
|---|---|---|---|
| Client (signature): | Date: 26 /1/18 | Client (signature): | Date: |

| ORIGIN | DESTINATION |
|---|---|

**From:** USA - CLAIMS usa.claims@usa.cma-cgm.com 📎
**Subject:** RE: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS
**Date:** March 6, 2018 at 12:04 PM
**To:** America 2030, LLC Val@America2030.net, geetha.singh@universalrelocations.com
**Cc:** Val Sklarov investments18@msn.com, saidattani@universalrelocations.com, BA@america2030.com, IBVC ECGC
usa.ibvcecgc@usa.cma-cgm.com

**B/L: OEA0137473**
**Container: CAIU9283602**
**Ocean Vessel / Voyage: NICOLA / 029BSS**

Mr. Sklarov,

Please note CMA CGM is not involved in the clearance or release of the container from USDA hold. The party on the CMA CGM B/L responsible for tracking the progression of the hold is Universal Relocations.  CMA CGM provided the point of contact with CBP to Universal Relocations on December 29th, 2017. The outstanding demurrage charges required for the release of the container will be on the account of Universal Relocations. We would like to work with Universal Relocations and you for the release of the shipment from the terminal.

Universal Relocations,

Can you provide your comments and if you would be willing to complete the demurrage for the release of the cargo?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's <u>Bill of Lading Terms & Conditions</u>**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** America 2030, LLC [mailto:Val@America2030.net]
**Sent:** Tuesday, March 06, 2018 10:31 AM
**To:** USA - CLAIMS
**Cc:** Val Sklarov; geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com; IBVC ECGC
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Mr Wainwright,

I appreciate your response to me as it is the first attempt ever by your firm to reach out to me, despite the fact that your firm has and had my address, which begs the question, why did you not reach out to me when US Customs cleared and released the container and put me on notice or make a demand at that time ?

So we have a peculiar situation because I have been renting furniture all this time and have been buying clothes and household goods which are duplicative since we have been deprived of our basic necessities, which are in that container. So we have been damaged to the tune of thousands

basic necessities, which are in that container. So we have been damaged to the tune of thousands of dollars. All, while we have not engaged your firm or have any contractural obligation to your firm.

So the serious question is who actually owes who and how much, because as far as I am concerned, every day that your firm continues to withhold my property from my family for ransom, your firm in fact is incurring damages as we continue to purchase goods contained in the container and by paying for rental furniture.

So the question is, how much are you willing to pay me for my damages incurred by me to date ?

As I stated, please involve your legal department before this escalates and the complaint is filed tomorrow and I approach a local Federal Prosecutor as well and let them investigate your firms RICO practice.


Thank you


Regards,

Val Sklarov
President and CEO
America2030.net
Email: Val@america2030.net
Skype: Investments18
LinkedIn: http://linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.





America2030 is a representative member of M&A Worldwide, a leading global alliance of mid-market merger & acquisition specialists. M&A Worldwide presently has 42 member firms operating in over 40 different countries. All members are closely linked in a global alliance to advise clients on mergers, acquisitions, divestitures, joint ventures, capital raising, and other strategic partnerships. The group transacted in over 640 deals in 2016 close to four billion dollars.

On Mar 6, 2018, at 9:31 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**

Good day Mr. Sklarov,

Please note when a shipment is placed on USDA hold the Carrier is not involved in the release from this hold. Based on the complaint received it appears Universal Relocations did not inform you the container would incur demurrage while on hold by the USDA. The container arrived on December 17<sup>th</sup>, 2017 and after the allotted free time on terminal was completed the demurrage began to accrue. The demurrage as of March 6<sup>th</sup>, 2018 is $16,280.00 with a daily accrual of $220.00. In order for the shipment to be released the demurrage must cleared. It is not our intention to go to court, incurring additional cost to you, or to salvage the goods in the container, but we have not received a mitigated proposal on demurrage for the release of the cargo.  Would you be willing to provide an offer to have the demurrage cleared and cargo released?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's Bill of Lading Terms & Conditions**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** Val Sklarov [mailto:investments18@msn.com]
**Sent:** Tuesday, March 06, 2018 7:14 AM
**To:** USA - CLAIMS; BUCHANAN Michael - NOR
**Cc:** geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Attention Mike Buchanan and Dustin Wainwright,

Notice is hereby given to you as to your obligation in mitigating your firms damages (if any). I strongly suggest your firm releases my belongings and cease and desist engaging in extortionary behavior. I do not have a contract with your firm. If you believe that a contract exists between myself and your firm, please email it to me immediately.

I strongly advice you to release my personal belongings and we will duke it out in court who owes who and how much.

Your continued extortionary conduct is willful and malicious and I demand that your turn for any monies owed to your firm to parties that contracted with you in the first place.

Again, I suggest you get your legal involved to contact me today, prior to me filing of the civil and criminal complaints, for I believe your firm is engaged in RICO and

Extortion and other criminal activity named in the complaint and all remedies at law will be vigorously perused and every court proceeding will be published via a global Press Release which will hit most major global news outlets.

Your firm is on notice.

Thank you

Regards,

Val Sklarov

On Mar 5, 2018, at 10:08 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**
>
> Good day,
>
> This shipment has been handed to my desk for salvage as the container remains idle on terminal Savannah, GA. I have been informed this was USDA released on February 8th, 2018 and the container remains idle. Your notice attached states attempts have been made to resolve this matter. Can you clarify who you were in contact with to resolve this matter?
>
> Best Regards,
>
> **Without Prejudice or Admission of Liability according to the Carrier's Bill of Lading Terms & Conditions**
>
>  **Dustin WAINWRIGHT**
> **Cargo Claims Specialist**
> Legal Department
>
> Direct line: 1 (757) 961-2460
> VOIP: 8108 2460
> CMA CGM (America) LLC, Norfolk, VA
> CCA as agents for ANL
> **www.cma-cgm.com**
>
> <image002.png>

<Doc - Mar 2 2018 - 1-54 PM.PDF>

<complaint.docx>

**From:** USA - CLAIMS usa.claims@usa.cma-cgm.com 📎
**Subject:** RE: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS
**Date:** March 6, 2018 at 12:04 PM
**To:** America 2030, LLC Val@America2030.net, geetha.singh@universalrelocations.com
**Cc:** Val Sklarov investments18@msn.com, saidattani@universalrelocations.com, BA@america2030.com, IBVC ECGC usa.ibvcecgc@usa.cma-cgm.com

**B/L: OEA0137473**
**Container: CAIU9283602**
**Ocean Vessel / Voyage: NICOLA / 029BSS**

Mr. Sklarov,

Please note CMA CGM is not involved in the clearance or release of the container from USDA hold. The party on the CMA CGM B/L responsible for tracking the progression of the hold is Universal Relocations.  CMA CGM provided the point of contact with CBP to Universal Relocations on December 29th, 2017. The outstanding demurrage charges required for the release of the container will be on the account of Universal Relocations. We would like to work with Universal Relocations and you for the release of the shipment from the terminal.

Universal Relocations,

Can you provide your comments and if you would be willing to complete the demurrage for the release of the cargo?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's Bill of Lading Terms & Conditions**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** America 2030, LLC [mailto:Val@America2030.net]
**Sent:** Tuesday, March 06, 2018 10:31 AM
**To:** USA - CLAIMS
**Cc:** Val Sklarov; geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com; IBVC ECGC
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Mr Wainwright,

I appreciate your response to me as it is the first attempt ever by your firm to reach out to me, despite the fact that your firm has and had my address, which begs the question, why did you not reach out to me when US Customs cleared and released the container and put me on notice or make a demand at that time ?

So we have a peculiar situation because I have been renting furniture all this time and have been buying clothes and household goods which are duplicative since we have been deprived of our basic necessities, which are in that container. So we have been damaged to the tune of thousands

basic necessities, which are in that container. So we have been damaged to the tune of thousands of dollars. All, while we have not engaged your firm or have any contractural obligation to your firm.

So the serious question is who actually owes who and how much, because as far as I am concerned, every day that your firm continues to withhold my property from my family for ransom, your firm in fact is incurring damages as we continue to purchase goods contained in the container and by paying for rental furniture.

So the question is, how much are you willing to pay me for my damages incurred by me to date ?

As I stated, please involve your legal department before this escalates and the complaint is filed tomorrow and I approach a local Federal Prosecutor as well and let them investigate your firms RICO practice.


Thank you


Regards,

Val Sklarov
President and CEO
America2030.net
Email: Val@america2030.net
Skype: Investments18
LinkedIn: http://linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.





America2030 is a representative member of M&A Worldwide, a leading global alliance of mid-market merger & acquisition specialists. M&A Worldwide presently has 42 member firms operating in over 40 different countries. All members are closely linked in a global alliance to advise clients on mergers, acquisitions, divestitures, joint ventures, capital raising, and other strategic partnerships. The group transacted in over 640 deals in 2016 close to four billion dollars.

On Mar 6, 2018, at 9:31 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

> **B/L: OEA0137473**
> **Container: CAIU9283602**
> **Ocean Vessel / Voyage: NICOLA / 029BSS**
> **Date of Arrival: December 17th, 2017**

Good day Mr. Sklarov,

Please note when a shipment is placed on USDA hold the Carrier is not involved in the release from this hold. Based on the complaint received it appears Universal Relocations did not inform you the container would incur demurrage while on hold by the USDA. The container arrived on December 17th, 2017 and after the allotted free time on terminal was completed the demurrage began to accrue. The demurrage as of March 6th, 2018 is $16,280.00 with a daily accrual of $220.00. In order for the shipment to be released the demurrage must cleared. It is not our intention to go to court, incurring additional cost to you, or to salvage the goods in the container, but we have not received a mitigated proposal on demurrage for the release of the cargo.  Would you be willing to provide an offer to have the demurrage cleared and cargo released?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's Bill of Lading Terms & Conditions**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

---

**From:** Val Sklarov [mailto:investments18@msn.com]
**Sent:** Tuesday, March 06, 2018 7:14 AM
**To:** USA - CLAIMS; BUCHANAN Michael - NOR
**Cc:** geetha.singh@universalrelocations.com; saidattani@universalrelocations.com; BA@america2030.com
**Subject:** Re: B/L: OEA0137473 Cntr: CAIU9283602 Ocean Vessel / Voyage: NICOLA / 029BSS

Attention Mike Buchanan and Dustin Wainwright,

Notice is hereby given to you as to your obligation in mitigating your firms damages (if any). I strongly suggest your firm releases my belongings and cease and desist engaging in extortionary behavior. I do not have a contract with your firm. If you believe that a contract exists between myself and your firm, please email it to me immediately.

I strongly advice you to release my personal belongings and we will duke it out in court who owes who and how much.

Your continued extortionary conduct is willful and malicious and I demand that your turn for any monies owed to your firm to parties that contracted with you in the first place.

Again, I suggest you get your legal involved to contact me today, prior to me filing of the civil and criminal complaints, for I believe your firm is engaged in RICO and

Extortion and other criminal activity named in the complaint and all remedies at law will be vigorously perused and every court proceeding will be published via a global Press Release which will hit most major global news outlets.

Your firm is on notice.

Thank you

Regards,

Val Sklarov

On Mar 5, 2018, at 10:08 AM, USA - CLAIMS <usa.claims@usa.cma-cgm.com> wrote:

B/L: OEA0137473
Container: CAIU9283602
Ocean Vessel / Voyage: NICOLA / 029BSS
Date of Arrival: December 17th, 2017

Good day,

This shipment has been handed to my desk for salvage as the container remains idle on terminal Savannah, GA. I have been informed this was USDA released on February 8th, 2018 and the container remains idle. Your notice attached states attempts have been made to resolve this matter. Can you clarify who you were in contact with to resolve this matter?

Best Regards,

**Without Prejudice or Admission of Liability according to the Carrier's Bill of Lading Terms & Conditions**



**Dustin WAINWRIGHT**
**Cargo Claims Specialist**
Legal Department

Direct line: 1 (757) 961-2460
VOIP: 8108 2460
CMA CGM (America) LLC, Norfolk, VA
CCA as agents for ANL
**www.cma-cgm.com**

<image002.png>

<Doc - Mar 2 2018 - 1-54 PM.PDF>
<complaint.docx>

Superior Court of Cherokee County
**E-Filed**
18CVE0399
4/5/2018 5:37 PM  MB
Patty Baker, Clerk
Civil Division

# IN THE SUPERIOR COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **VAL SKLAROV** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO. 18CVE0399 |
| **CMA CGM (AMERICA) LLC** | ) | |
| **UNIVERSAL RELOCATIONS INC** | ) | |
| Defendants. | ) | |

## PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

**COMES NOW** Plaintiff VAL SKLAROV in the above styled case and propounds the attached First Interrogatories and Request for Production of Documents to Defendants CMA CGM (AMERICA) LLC ("**CMA**") and UNIVERSAL RELOCATIONS ("**UNIVERSAL**") pursuant to O.C.G.A. §9-11-33, §9-11-34, and §24-10-26, respectively, to be answered separately and individually under oath.

Answers to these Interrogatories shall be served upon Plaintiff at 142 Gold Springs Court, Canton, GA 30114, USA no later than forty-five (45) days after service of these Interrogatories upon Defendants.

# PART I
## <u>INTRODUCTION AND DEFINITIONS</u>

(A) Each Interrogatory seeks information available to the Defendants, their attorneys and agents, and all persons acting on their behalf. Accordingly, as used herein, the term "Defendant," "you", "your," refer without limitation to the Defendants, the Defendants' attorneys or investigators, insurers, agents, and all other persons acting in the Defendants' behalf.

(B) When the term "identify" is used herein in conjunction with a document or other tangible thing, or if the answer to any Interrogatory refers to such a document or other tangible thing, you are to state with respect to each such item: (1) the date of the item, (2) the identity of the person who has custody or control of the item, and (3) the nature and substance of the item; all with sufficient particularity to enable it to be reasonably identified. Alternatively, you may produce the item, provided each document is appropriately marked so as to identify the Interrogatory to which the document is responsive.

(C) If any document or identification of any document or oral communication is withheld under a claim of privilege, provide information sufficient to determine the identity of the document or oral communication and state the basis for any asserted claim of privilege.

(D) As used herein, "date" should mean the exact day, month and year, if ascertainable, or if not, the best approximation (including relationship to other events).

(E) If you object to part of an Interrogatory and refuse to answer that part, state your objection and answer the remaining portion of that Interrogatory. If you object to the scope or time period of an Interrogatory and refuse to answer that part, state your objection and answer the remaining portion of that Interrogatory. If you object to the scope or time period of an Interrogatory and refuse to answer for that scope of time, state your objection in an answer for that Interrogatory for the scope and time period that you believe is appropriate.

(F) If any of the following Interrogatories cannot be answered in full after exercising due diligence to secure the information, please so state and answer to the extent possible, specifying your inability to answer the remainder, and stating whatever information you have concerning the Interrogatory.

## PART II

## <u>INTERROGATORIES</u>

### 1

State the name and nature of your business and your history and extent of operation in the United States generally and the state of Georgia in particular.

### 2

State the name and title of the person that you will produce for deposition purposes.

### 3

Identify the date in which Plaintiff Val Sklarov entered into a contract with you, if any.

### 4

If such contract exists, identify the kind of service that Plaintiff Val Sklarov sought to engage you to perform.

### 5

If such contract does not exist, state the basis on which Plaintiff is being charged by you an amount in excess of Sixteen Thousand Dollars ($16,000.00) and counting—*daily*—as well as the basis of the drastic remedy of holding Plaintiff's cargo hostage until such payment is made.

### 6

Is there currently any pending litigation against you? Describe its nature and provide case numbers and jurisdictions.

### 7

How many times within the past three (3) years have you been the subject of litigation by plaintiffs, who like Val Sklarov, are contesting the imposition of demurrage charges and the detention of their cargo?

**8**

Have there in the past been any contractual dealings with Atlant Center of Ukraine?

**9**

If the answer to the above is yes, have you ever been involved, directly or indirectly, in a litigation concerning Atlant Center? In particular, one involving forgery of plaintiffs' signature?

**10**

State the date in which you learned that Plaintiff Val Sklarov's cargo was being held at United States Border and Customs Protection ("Customs") for noncompliance with clearance protocols.

**11**

State the date in which you notified Plaintiff that his cargo was released from Customs for noncompliance with clearance protocols.

**12**

State the reasoning, and produce adequate documentation justifying the same, why it took in excess of twenty (20) days to notify Plaintiff that his cargo was released from Customs.

**13**

What safeguards are in place to protect cargo detained by you from damage and what is your storage procedure?

**14**

Identify the mitigatory measures you took, if any, upon knowing that Plaintiff Val Sklarov's cargo description is noncompliant with Customs' clearance protocols.

**15**

State the reasoning behind your evasiveness and unresponsiveness to Plaintiff's repeated attempts to retrieve his cargo and the threat of salvage of the same on grounds of abandonment albeit Plaintiff did not abandon his cargo.

**16**

How much do you incur in damages for daily demurrage fees?

**17**

How much did you generate in demurrage revenue in each year for the past three (3) years?

**18**

What portion of your profits is attributable to demurrage fees?

## PART III

## PRODUCTION OF DOCUMENTS

**19**

Produce all documents pertaining to this file, including but not limited to, the contract(s) that Plaintiff Val Sklarov purportedly signed and files produced by Customs.

**20**

Provide all written communication between CMA, UNIVERSAL, and Atlant Center pertaining to this file.

THIS 5 DAY OF April, 2018

RESPECTUFLLY SUBMITTED

Val Sklarov, *appearing pro se*

/s/  Val Sklarov
_____

<u>OATH</u>

I, _VAL_____, personally appearing before the undersigned officer duly authorized to administer oaths and being duly sworn, hereby depose and state that the facts asserted by me herein are true, complete, and accurate.

_____
Signature

_____
Printed Name

_____
Date

Jamie L Olson
Notary Public, Paulding County, Georgia
My Comm. Expires 04/11/2021

Before me this 5ᵗʰ day of _____, 2018

Superior Court of Cherokee County
**E-Filed**
18CVE0399
4/13/2018 2:44 PM  PG
Patty Baker, Clerk
Civil Division

## IN THE SUPERIOR COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

|  |  |  |
|---|---|---|
| **VAL SKLAROV** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO.  18CVE0399 |
| **CMA CGM (AMERICA) LLC** | ) | |
| **UNIVERSAL RELOCATIONS INC** | ) | |
| Defendants. | ) | |
| | ) | |

## ADDENDUM TO THE MEMORANDUM IN SUPPORT OF AN EMERGENCY MOTION FOR INJUNCTIVE RELIEF

**COMES NOW** Plaintiff VAL SKLAROV and files this ADDENDUM TO THE MEMORANDUM IN SUPPORT OF AN EMERGENCY MOTION FOR INJUNCTIVE RELIEF, filed on April 2, 2018, against DEFENDANTS CMA CGM (AMERICA) LLC ("**CMA**") and UNIVERSAL RELOCATIONS ("**UNIVERSAL**"), praying this Honorable Court for an emergency hearing to grant Plaintiff urgent and immediate relief based on the following facts:

1. Plaintiff is a father of three (3) infants; is currently unemployed; and can barely support himself, let alone his family.
2. Plaintiff is indigent with no economic resources whatsoever and is struggling to survive on a daily basis.
3. Plaintiff has been surviving by selling off his personal belongings and borrowing money.
4. Plaintiff, along with his family, are indeed on the imminent verge of moving to a shelter and becoming a public charge and a burden on society.

5.     Yet, Plaintiff is forced, through the unlawful and willful detention of his cargo by Defendants, to somehow manage to improvise in excess of two thousand dollars ($2000.00) a month to expend on furniture, clothes, toys for his kids, and other necessities.

6.     Defendants stubbornly, callously, and willfully refuse to provide any accountability of the cargo and its status.

7.     The cargo detained by Defendants contain perishable and irreplaceable items, family photos, and computers where important files are stored.

8.     Such files, including vital legal documents, would have aided Plaintiff in securing employment and without them, Plaintiff is unemployable.

9.     This is an extremely dire situation and the harm to Plaintiff is irreparable.

10.    Plaintiff also needs his cargo to continue to sell items contained in it until Plaintiff finds an employment.

11.    Therefore, immediate relief is in order at little to no cost to Defendants.

12.    Given the foregoing, Plaintiff respectfully moves to request this Honorable Court to schedule a hearing as soon as possible on the injunction motion.

DATED April 13, 2018

RESPECTUFLLY SUBMITTED

Val Sklarov, *appearing pro se*

/s/  Val Sklarov
_____
Signature

## OATH

I, _Neil Skhwer_, personally appearing before the undersigned officer duly authorized to administer oaths and being duly sworn, hereby depose and state that the facts asserted by me herein are true, complete, and accurate.

_____
Signature

Neil Skhwer
Printed Name

04/13/2018
Date

Before me this _13_ day of _April_, 2018

_____
NOTARY PUBLIC

Jennie L Olson
Notary Public, Paulding County, Georgia
My Comm. Expires 04/11/2021

Superior Court of Cherokee County
**E-Filed**
18CVE0399
4/11/2018 2:41 PM JW
Patty Baker, Clerk
Civil Division

## IN THE SUPERIOR COURT OF CHEROKEE COUNTY

### STATE OF GEORGIA

| | |
|---|---|
| **VAL SKLAROV** | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **CMA CGM (AMERICA) LLC** | ) |
| **UNIVERSAL RELOCATIONS INC** | ) |
| Defendants. | ) |
| | ) |

CIVIL ACTION
FILE NO. 18CVE0399

## RULE NISI

This action has been filed. Therefore, let the Parties appear before the Honorable Judge ___Cannon___ of the Cherokee County Superior Court, in Courtroom ___2D___, in the following location:

Cherokee County Superior Court, 90 North St ~~#260~~, Canton, Georgia
on ___June 1st___ 20_18_ at ___9___ o'clock ___a___.m. to show cause why the relief sought should not be granted.

Issued on _____,20___.

4/16/2018

_____
Judge/Clerk
Superior Court of Cherokee County

_____
Presented by Plaintiff Val Sklarov, *pro se*
142 Gold Springs Court, Canton
GA 30114
(623) 213-2500

Superior Court of Cherokee County
**E-Filed**
18CVE0399
4/25/2018 3:16 PM  MB
Patty Baker, Clerk
Civil Division

## IN THE SUPERIOR COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| VAL SKLAROV | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO. 18CVE-0399 |
| CMA CGM (AMERICA) LLC | ) | |
| UNIVERSAL RELOCATIONS INC | ) | |
| Defendants. | ) | |

### NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff VAL SKLAROV and files this NOTICE OF SETTLEMENT as required under Rule 4.10 of the UNIFORM RULES FOR THE SUPERIOR COURTS OF THE STATE OF GEORGIA to apprize the SUPERIOR COURT OF CHEROKEE COUNTY that Plaintiff VAL SKLAROV and Defendants CMA CGM (AMERICA) LLC and UNIVERSAL RELOCATIONS INC have reached a global resolution of this action in its entirety.

Plaintiff expects to file a voluntary dismissal with prejudice within thirty (30) days.

DATED 25 OF April, 2018

RESPECTUFLLY SUBMITTED

Val Sklarov, *appearing pro se*

## OATH

I, _Val Sklaro_, personally appearing before the undersigned officer duly authorized to administer oaths and being duly sworn, hereby depose and state that the facts asserted by me herein are true, complete, and accurate.

Signature

Val Sklarv

Printed Name

01/24/2018

Date

Before me this, ___ day of _____, 2018

NOTARY PUBLIC