Superior Court of Cherokee County
**E-Filed**
18CVE0399
4/13/2018 2:44 PM  PG
Patty Baker, Clerk
Civil Division

IN THE SUPERIOR COURT OF CHEROKEE COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **VAL SKLAROV** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO.  18CVE0399 |
| **CMA CGM (AMERICA) LLC** | ) | |
| **UNIVERSAL RELOCATIONS INC** | ) | |
| Defendants. | ) | |
| | ) | |

### ADDENDUM TO THE MEMORANDUM IN SUPPORT OF AN EMERGENCY MOTION FOR INJUNCTIVE RELIEF

**COMES NOW** Plaintiff VAL SKLAROV and files this ADDENDUM TO THE MEMORANDUM IN SUPPORT OF AN EMERGENCY MOTION FOR INJUNCTIVE RELIEF, filed on April 2, 2018, against DEFENDANTS CMA CGM (AMERICA) LLC ("**CMA**") and UNIVERSAL RELOCATIONS ("**UNIVERSAL**"), praying this Honorable Court for an emergency hearing to grant Plaintiff urgent and immediate relief based on the following facts:

1. Plaintiff is a father of three (3) infants; is currently unemployed; and can barely support himself, let alone his family.
2. Plaintiff is indigent with no economic resources whatsoever and is struggling to survive on a daily basis.
3. Plaintiff has been surviving by selling off his personal belongings and borrowing money.
4. Plaintiff, along with his family, are indeed on the imminent verge of moving to a shelter and becoming a public charge and a burden on society.

5. Yet, Plaintiff is forced, through the unlawful and willful detention of his cargo by Defendants, to somehow manage to improvise in excess of two thousand dollars ($2000.00) a month to expend on furniture, clothes, toys for his kids, and other necessities.

6. Defendants stubbornly, callously, and willfully refuse to provide any accountability of the cargo and its status.

7. The cargo detained by Defendants contain perishable and irreplaceable items, family photos, and computers where important files are stored.

8. Such files, including vital legal documents, would have aided Plaintiff in securing employment and without them, Plaintiff is unemployable.

9. This is an extremely dire situation and the harm to Plaintiff is irreparable.

10. Plaintiff also needs his cargo to continue to sell items contained in it until Plaintiff finds an employment.

11. Therefore, immediate relief is in order at little to no cost to Defendants.

12. Given the foregoing, Plaintiff respectfully moves to request this Honorable Court to schedule a hearing as soon as possible on the injunction motion.

DATED April 13, 2018

RESPECTUFLLY SUBMITTED

Val Sklarov, *appearing pro se*

/s/  Val Sklarov
_____
 Signature

## OATH

I, Neil Skinner, personally appearing before the undersigned officer duly authorized to administer oaths and being duly sworn, hereby depose and state that the facts asserted by me herein are true, complete, and accurate.

_____
Signature

Neil Skinner
Printed Name

04/13/2018
Date

Before me this 13 day of April, 2018

_____
NOTARY PUBLIC

Jenie L Chon
Notary Public, Fielding County, Georgia
My Comm. Expires 04/11/2021