FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 2 4 2018

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VAL SKLAROV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION FILE NO.: |
| | ) 1:18-CV-1827-TCB |
| CMA CGM (America), LLC, and | ) |
| Universal Relocations, Inc., | ) |
| Defendants. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff in the above-styled case, by and through counsel, and hereby dismisses the Complaint in the above-styled action, with prejudice.

This 24 day of May, 2018.

Respectfully Submitted

BY: [signature]
Paul R. Crockett II
Attorney for Plaintiff
Georgia Bar No. 327310

804 Windridge Dr.
Atlanta, Georgia 30350
(607) 742-3500
paul.crockettii@gmail.com

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(D)

Counsel for Plaintiff hereby certifies that **PLAINTIFF'S DISMISSAL WITH PREJUDICE** was prepared with Times New Roman font, size 14 font, as approved by the Court in LR 5.1 (B).

This 24 day of May, 2018.

Respectfully submitted,

_____
Paul R. Crockett II
Georgia Bar No. 327310
Counsel for Plaintiff

804 Windridge Dr.
Atlanta, Georgia 30350
(607) 742-3500 telephone
paul.crockettii@gmail.com email

# CERTIFICATE OF SERVICE

To certify that I have this this day served copies for all parties of note in this action a copy the **PLAINTIFF'S DISMISSAL WITH PREJUDICE** via first class U.S. mail and email:

> Universal Relocations, Inc.
> c/o Henry P. Gonzalez
> Gonzalez del Valle Law
> 1250 Connecticut Avenue, N.W.
> Suite 200
> Washington, D.C. 20036
> *Contact for Universal Relocations, Inc.*
>
> CMA CGM (America), LLC
> c/o Leslie K. Eason & Jeffrey M. Putnam
> 3455 Peachtree Road NE, Suite 1500
> Atlanta, Georgia 30326
> leason@grsm.com
> *Attorneys for Defendant CMA CGM (America), LLC*

Respectfully submitted,

Paul R. Crockett II
Georgia Bar No. 327310
Counsel for Plaintiff

804 Windridge Dr.
Atlanta, Georgia 30350
(607) 742-3500 telephone
paul.crockettii@gmail.com email